# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| PATRICK C. LYNN, | ) | |
|     Appellant, | ) | |
| v. | ) | Case No. 23-3111 |
| | ) | |
| CHARLIE WILLNAUER, et al., | ) | |
| | ) | (D. Kan. Case No. 19- 3117) |
|     Appellees. | ) | |

## APPELLEES' JOINT RESPONSE
## TO APPELLANT'S RULE 28(J) LETTER

Pursuant to Rule 28(j) of the Federal Rules of Appellate Procedure, this filing is in response to Appellant's citation of supplemental authority. Appellant cites a decision from the Fifth Circuit Court of Appeals, *Favela v. Collier*, 91 F.4th 1210 (5th Cir. 2024).

Appellant's letter does not make clear the proposition he believes the *Favela* decision supports. However, in *Favela*, the court noted it was the plaintiff's burden when responding to the defendants' motion for summary judgment, to "designate specific facts" showing that a genuine factual question existed. *Favela v. Collier*, 91 F.4th 1210, 1213 (5th Cir. 2024). The *Favela* court found that the plaintiff's offered declaration in opposition to the motion for summary judgment was conclusory in some respects but was not completely devoid of specific facts. *Id*. The court further found the plaintiff provided the general substance of his Step 1 grievance, stated approximately when that Step 1 grievance was filed, and noted that Texas Department of Criminal Justice failed to respond to his Step 2 grievance. *Id.* Because his declaration contained specific facts to support exhaustion, the court concluded that it was not itself conclusory and met the burden to establish a

26480706.v2

genuine factual question. *Id.* The Fifth Circuit found it important that the plaintiff "did not simply declare that he exhausted his remedies; he provided specific facts to counter the defendants' prima facie showing." *Id.*

In this case, Appellant failed to allege any specific facts in his declaration. As stated in the summary judgment order, Appellant only concluded he exhausted administrative remedies because "it would be patently out of character for [him] not to have pursued every available tenant of KDOC admin. remedies." and because "that's a no brainer & prison officials & medical officials confiscated my documentations at every level & simply don't respond. It's a systemic dead-end." (ROA, Vol. I, 13–14.) These statements do not allege specific facts but are merely conclusory. Appellant additionally submitted copies of multiple grievances relating to other claims but did not submit documentation showing he exhausted administrative remedies in this case. As such, *Favela* is not instructive here.

        Respectfully submitted,

        SANDBERG PHOENIX & von GONTARD P.C.

By:   */s/ Katrina L. Smeltzer*
      Katrina L. Smeltzer, #26623
      4600 Madison Avenue, Suite 1000
      Kansas City, MO 64112
      816.627.5332
      816.627.5532 (Fax)
      ksmeltzer@sandbergphoneix.com
      *Attorneys for Defendants Charlie Willnauer and Ziauddin Monir*

STEVENS & BRAND, L.L.P.

By: */s/ Kate M. Simpson*
Kate M. Simpson, #26453
Whitney L. Casement, #25466
900 Massachusetts Street, Suite 500
Lawrence, KS 66044
785.843.0811
785.843.0341 (Fax)
ksimpson@stevensbrand.com
wcasement@stevensbrand.com
*Counsel for Todd Koob*

HORN AYLWARD & BANDY, L.L.C.

By: */s/ Roger W. Slead*
Roger W. Slead, #13574
Taylor P. Foye, #28377
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64018
816.421.0700
816.421.0800 (Fax)
rslead@hab-law.com
tfoye@hab-law.com
*Counsel for Defendants*
*Aleycia McCullogh, MBA and*
*Debra Lundry, RN*

## Certificate of Service

I hereby certify that on the 23rd day of August, 2024 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

KANSAS DEPARTMENT OF
CORRECTIONS – TOPEKA

Natasha Carter
714 SW Jackson, 2nd Floor
Topeka, Kansas 66603

and

Jon D. Graves
Hutchinson Correctional Facility
P.O. Box 1569
Hutchison, Kansas 67507-1568

*Attorneys for Interested Party*
*Kansas Department of Corrections*

I hereby certify that on 23rd day of August, 2024 the foregoing was mailed by United States Postal Service to the following non-participants in Electronic Case Filing:

Patrick Lynn
#64377
El Dorado Correctional Facility - Center
P.O. Box 311
El Dorado, KS 67042
*Pro Se Plaintiff/Appellant*

            */s/ Katrina L. Smeltzer*