U.S. Court of Appeals
For The Tenth Circuit

RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT
2024 DEC 27 AM 9:35

| | |
|---|---|
| Patrick C. Lynn,<br>Appellant<br>v.<br>Charlie Willnaver, et al.,<br>Appellees | No. 23-3111<br>(D.C. No. 5:19-CV-3117-HLT)<br>(D. Kan.)<br>Appellant's Verified Motion For 30 Days Time To File Panel Rehearing Motion |

Pursuant to 18 USC §§1746, Appellant declares under penalty of perjury that the following is true & correct:

1.) I recieved the Court's decision & signed for it on Tues./12-17-24.
2.) I am nearly 69 yrs. old & in bad health, & have limited access to the law library.
3.) I want to file for Panel Rehearing per FRAP Rule 40 & need time extension to read the cases cited & to draft rebuttals.

12-21-24
Date

Respectfully Submitted,
S/ Patrick C. Lynn
Patrick C. Lynn - Pro Se

Certificate of Service

I, Patrick C. Lynn, certify mailing the foregoing to the Clerk's ofc. at 1823 Stout St., Denver, Colo. 80257, by US Mail, postage prepaid, & to opposing counsels, on this 21st day of December, 2024.

S/ Patrick C. Lynn
Patrick C. Lynn
64377, EDCF, PO Box 311
El Dorado, KS 67042

Patrick C. Lynn
643717, EDCF, P.O. Box 311
El Dorado, KS 67042

Priority:
Legal Mail

WICHITA KS 670
24 DEC 2024 PM 2 L

US Court of Appeals—
Circuit Appellate Clerk's Of.
1823 Stout St.
Denver, Colo. 80257

Scanned by US Marshal

80257

DEC 23 2024

DEC 23 2024

DEC 23 2024

NOTICE! This correspondence was mailed from an institution operated by the Kansas Department of Corrections. Its contents are uncensored.