FILED
United States Court of Appeals
Tenth Circuit

December 30, 2024

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

PATRICK C. LYNN,

    Plaintiff - Appellant,

v.

CHARLIE WILLNAUER, et al.,

    Defendants - Appellees.

No. 23-3111
(D.C. No. 5:19-CV-03117-HLT)
(D. Kan.)

_____

**ORDER**
_____

Before **HOLMES**, Chief Judge, **MORITZ**, and **CARSON**, Circuit Judges.
_____

This matter is before the court on appellant's motion for extension of time to file a petition for rehearing. The motion is granted. The petition shall be filed on or before January 22, 2025.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk