In The U.S. Court of Appeals
For The Tenth Circuit

Patrick C. Lynn,
    Plaintiff-Appellant
    v.
Charlie Willnauer, et al.,
    Defendants-Appellees

Case No. 23-3111
(D.C. No. 5:19-CV-3112-HLT)
(D. Kan)

RECEIVED
U.S. COURT OF APPEALS
2025 JUN 16 PM 1:35

Appellant Patrick C. Lynn herewith appeals This Court's judgment in the above captioned cause to the SCOTUS & if out of time, invokes S.Ct. Rule 13.5 & he states he has been held in segregation w/zero property for over 45 days & additionally requests The Court to provide him a copy of The Court's ruling he seeks appealed.

Respectfully Submitted,

5-30-25
Date

S/ Patrick C. Lynn
Patrick C. Lynn - Pro Se

Certificate of Service

I, Patrick C. Lynn, certify mailing the foregoing to the 10th Cir. Clerk's Of. at 1823 Stout St., Denver, Colo. 80257, by U.S. Mail, postage prepaid, & to counsel's for appellees, on this 30th date of May, 2025; & invoke the prison mailbox rule per 28 USC § 1746 as true & correct

S/ Patrick C. Lynn
Patrick C. Lynn
6A377, EDCF, PO Box 311
El Dorado, KS 67042

Scanned
✓ US Marshal

WICHITA KS 670

9 JUN 2025 PM 2 L

Pat Lynn
64377 EST F.P.O. Box 311
El Dorado, KS 67042

Priority Mail

Clerk's Of.
U.S. Court of Appeals- (10th Circuit)
1823 Stout St.
Denver, Colo. 80257

B0202-250527

JUN 0 9 2025



NOTICE! This correspondence was mailed from an institution operated by the Kansas Department of Corrections. It's contents are uncensored.