## UNITED STATES COURT OF APPEALS
## TENTH CIRCUIT
Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

June 17, 2025

Patrick C. Lynn (# 64377)
El Dorado Correctional Facility
PO Box 311
El Dorado, KS 67042

Re: Appeal No. 23-3111, *Lynn v. Willnauer, et al.*

Mr. Lynn,

We have received your notice of appeal to the United States Supreme Court. Please note that a request for review by the United States Supreme Court of a decision issued by this court is initiated by filing a petition for a writ of certiorari with the Supreme Court, not by filing a notice of appeal with this court. Consequently, we have not filed your notice of appeal, and this court will not take any action on it. The address for the United States Supreme Court is

One First Street NE,
Washington, DC 20543

We regret we cannot be of greater assistance.

Sincerely,

CHRISTOPHER M. WOLPERT, Clerk

CW/jkc