# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | July 17, 2023 | Jane K. Castro<br>Chief Deputy Clerk |

Kansas Department of Corrections
Trustee Agent for Various Inmates
P.O. Box 9101
Topeka, KS 66608

RE:  **No. 23-3111**, *Lynn v. Willnauer, et al.*
     Dist/Ag docket: 5:19-CV-03117-HLT

To Whom It May Concern:

We are returning check no. 243335 in the amount of $413.00 to you. Please be advised that the appellate filing and docket fees are $505.00 and are payable in the district court.

Please contact this office of you have questions.

Very truly yours,

CHRISTOPHER M. WOLPERT, Clerk

cc:     Patrick C. Lynn #64377

CMW:sls