Clerk's Ofc. - 10th Circuit
U.S. Court of Appeals
1823 Stout St.
Denver, Colo.  80257

Patrick C. Lynn
64377, EDCF, P.O. Box 311
El Dorado, KS 67042

Re  Lynn v. Willnaver, et al. / Case No. 23-3111

July 11th, 2023


Dear Clerk's Ofc.,

I caused a $413.00 prison check payment deducted from my KDOC prison acct. sent to your ofc. as partial payment for the $505.00 filing fee in above case, on 7-7-23. Kindly confirm reciept of such & please note that w/in the next 2 wks. I will send you the remaining $92.00 filing fee owed as I just had funds deposited to my acct. so I could resolve this.

Also, I sent your ofc. a motion for 30 days time extension because prison officials have been unreasonably delaying the delivery of all incoming mail because they photocopy everything before delivering the mail to us & it routinely takes as long as 16 days after it arrives here & legal mail is no exception.

Please advise: Can I obtain your Court's consent for electronic service (like the efiling processes in the D.Ct.)? I suffer an extreme hardship having to get copies made to serve your Court & 4 separate lawfirm lawyers in this case.

Also, am I allowed to file a Rebuttal Brief to Defendants' Reply to my forthcoming Appellant's Brief?
         I thank you for your time & assistance.
                    W/Kind Regards,

                    Patrick C. Lynn

WICHITA KS 670

12 JUL 2023  PM 2  L

Clerk's ofc. - 10th Cir. Ct. of Appeals
1023 Stout street
Denver, Colo. 80257

US Marsinel

80257

Patrick C. Lynn
64377, EDCF, P.O. Box 311
El Dorado, KS 67042

Legal Mail