U.S. Court of Appeals
For The Tenth Circuit

2023 AUG -7 AM 10:55

Patrick Lynn,
Plaintiff-Appellant
v.
Charlie Willnaver, et al.,
Defendants-Appellees

D.Ct. C/A# 19-CV-3117-HLT
10th Cir. Case #23-3111

Verified Motion For Additional Ten Days Time Extension To 8-15-23

Pursuant to 28 USC §1746, Patrick Lynn declares under penalty of perjury that the following is true & correct, & humbly motions the courts as styled above & states:

1.) The Tenth Circuit's records show that I inadvertently sent their Clerk's Ofc. the filing fee payment for the appeal docketing in this case & they sent it back to me or prison officials & issued a due date of 8-4-23 when I motioned for extra time, as prison banking officials are dysfunctional in timely processing any court fees from prisoner accts. & its been about 2 wks. since the 10th Cir. returned my appeal payment fee & neither my prison acct. shows return nor has my documents to EDCF prison officials requesting that the $505. Tenth Cir. appeal fee be paid instead to the D.Ct. Clerk's Ofc. in Topeka, been responded to which is both vexing & my follow up inquiries unanswered.

2.) I am vigorously trying to resolve this w/ EDCF officials (Deputy Warden Bos & prison acct. banking staff) & being optimistic that payment in full can be made w/in an extra ten days time extension past the present 8-4-23 due date — up to 8-15-23, I thus request such extension & if the Clerk's Ofc. is so inclined, to simply light some fires (multiple) w/ the KDOC legal ofc. to cut thru whatever obstacles exist so that my payment is paid w/out further undue delay. Youbetcha that will help expediting such.

1 of 2

3.) And I further request the D.Ct. Clerk's Ofc. to email a copy hereof to the Tenth Circuit Clerk's ofc. for their attention as I Mail a duplicate to them in the meantime.

7-31-23
Date

Respectfully Submitted
s/ Patrick C. Lynn
Patrick C. Lynn - Pro Se

Certificate of Service

I, Patrick Lynn, certify efiling the foregoing to the D.Ct. Clerk's Ofc. on 7-31-23, at 444 SE Quincy, Topeka, KS, 66683, & parties;
And mailing a duplicate to the Tenth Cir. Clerk's Ofc. at 1823 Stout St., Denver, Colo., 80257.

s/ Patrick C. Lynn
Patrick C. Lynn
64377, EDCF, PO Box 311
El Dorado, KS 67042

Scanned by US Marshal

Pat Lynn
6A377, EDCF, P.O. Box 311
El Dorado, KS 67042

Legal Mail
7-31-23

Clerk's ofc. —
10th Cir. Ct. of Appeals
1823 Stout St.
Denver, Colo. 80257

WICHITA KS 670
2 AUG 2023 PM 2 L