FILED
United States Court of Appeals
Tenth Circuit

August 8, 2023

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

PATRICK C. LYNN,

    Plaintiff - Appellant,

v.

CHARLIE WILLNAUER, et al.,

    Defendants - Appellees.

No. 23-3111
(D.C. No. 5:19-CV-03117-HLT)
(D. Kan.)

---

## ORDER

---

This matter is before the court on Appellant Patrick C. Lynn's *Verified Motion for Additional Ten Days Time Extension to 8/15/23*. Appellant states that he is making efforts to have the filing fees processed from his prisoner account and requests an extension of time to pay the full filing fees for this appeal.

The motion for extension of time is granted. Appellant is granted until August 15, 2023 to pay the $505 appellate filing and docketing fees to the district court clerk. Failure to the pay the required fees in full may result in the dismissal of this appeal with further notice pursuant to 10th Cir. R. 3.3(B) and 42.1.

                            Entered for the Court
                            CHRISTOPHER M. WOLPERT, Clerk

                            By: Sunil N. Rao
                            Counsel to the Clerk