9-10-23

Dear Clerk's Ofc,

Please note my change of address for 10th Case #23-3111, is WCF, 1806 Pinecrest Circle, Winfield, KS 67156



Pat Lynn
64317, WCF
1806 Pinecrest Circle
Winfield, KS 67156

Priority
Legal Mail
9-11-23

US Clerk's Ofc. — 10th Cir.
1823 Stout St.
Denver, Colo. 80257