U.S. Court Of Appeals
For The Tenth Circuit

Patrick C. Lynn,
  Plaintiff - Appellant

  V.

Charlie Willnaver, et al.,
  Defendants - Appellees

Case No. 23-3111
(KS Dist. Ct. C/A # 19-CV-3117-HLT)

*2024 JAN -3 PM 10:20*

Appellant's **Sworn** Motion Pursuant To The "All Writs Act"/28 USC § 1654 For A Temporary Stay Due To Extraordinary Deviant Criminal/Unconstitutional Abuses By Rabid Prison Officials, And Urgent Request For Remand Evidentiary Hearing To Develop The Record For This Court's Closest Scrutiny & How Such Is Pivotal To Appellate Review Of The Issue Of Defendants & Their Attys. Perjurous Claims Appellant Failed To Exhaust All Admin. Remedies As Are Available", & To Compel The U.S. Atty. for the District Of Kansas To Institute Immediate Criminal Proceedings Against All LCF & KDOC HQ's Officials Directly Involved In The Unconscienable Decimations & Malicious Destructions Of All Of Appellant's (310) Legal Files, & Lawbooks Pertaining To This & Other Pending Court Cases (And His Personally Own Property Also Broken And Maliciously Destroyed) With Persistent Deviant Intents To Retaliate For His 1st Amendment Activities & To Maliciously Interfere With Admin. Of Justice, & To Arrogantly Deny Meaningful Court Access In Violations Of His 1st, 4th, 8th & 14th Amendment Birthrights & In Direct Knowing Violation Of 18 USC §§ 241, 242, 371, 1501-1512 Criminal Statutes.

Now Before The Court comes the pro se Appellant Patrick C. Lynn, respectfully petitioning this Court as styled above, & he vigorously declares pursuant to 28 USC § 1746, & under penalty of perjury (per 18 USC § 1621) that the following factual statements are true & correct, & absolutely reliable, & readily verifiable by a long overdue evidentiary hearing to develop these facts under oath from the parties directly involved because these are entrenched criminal & unconstitutional travesties that countless prisoner litigants have horribly suffered, & he respectfully presents:

1.) I pray the Court's indulgence — this is a double extremely traumatizing time for me as hours ago I have signed some 20 pages for the open heart surgery sceduled for tommorrow & overwhelmed —

w/dreadful angst, & secondly just horribly incapacitated by the malicious decimations criminally & unconstitutionally committed against me yet again by the same two corrupt LCF Property room staff persons: CSI Shaw & COA Gable, who have done such rabidly evil abuses to all of my legal files & materials in pending court cases (state & Federal) for over a decade.

2.) I respectfully & humbly reiterate as if fully set forth here, my sworn facts recited in Exhibits #1 - #9 attached herewith.

I am totally devasted by these decimations & it will take me at least 6mos. to reassemble my (310) legal files unlawfully trashed by these deviant wrongdoers Shaw & Gable.

3.) Nearly everyday since the 12-7-23 discovery of what was done to all of my legal & personal property, I have incessantly requested in writing (& not one single written response) to LCF Warden Howes, & to Deputy Warden's Ball & Skidmore, & to EAI Agents (like "Internal Affairs) 9ift, gill, & another 4/k agent to photograph the complete destructions & malicious disarraying of (310) legal files contents in piles thrown into (9) nine legal boxes, & theft/destructions of 4 absolutely can't do w/out state & federal Court Rules/WestLaw Vol. I & II, & other lawbooks, & trashing of all my family photos & countless other pieces of personal property broken or missing. My despair & anger is debilitating.

4.) It is absolutely impossible to meet my deadline in this Court, nor file my 3 docketing statements necessary to the US Court of Appeals for my 3 KSA 60-1501 habeas petitions filed in Leavenworth Co. District Case #17-CV-149, #19-CV-182, & #21-CV-050 because of the malicious travesties perpetrated upon me & my legal/personal property by LCF staff persons Shaw & Gable.

5.) That on 12-15-23, I spoke to Warden Howes, D/W Ball, & Dep. SOC geither about these criminal/unconstitutional abuses upon me & my property & reiterated my dire need for photographing my decimated legal & personal property & to file such w/this motion, & to file such to the KCOA, & to the Texas U.S. Bankruptcy Court where I am one of the 41 nationwide prisoners w/ lawsuits pending against Corizon, now Fehum Care Sucs. — & they each told "We're working on it" bs, & Dep. SOC geither told me "We're looking into this" bs.

6.) I told each of the LCF & Dep. SOC parties named that what was done to me by Shaw & Gable has been done to me every time I've been transferred to LCF or been confined at LCF & admitted to a hospital, the prison Infirmary, or taken to Segregation; & that there are thousands of prisoners they've done this too w/unbridled impunity — that these plainly criminal & unconstitutional abuses are epidemic & your inactions make you each al-

2 of 5

6) Continued:
directly involved & complicit by your unconscionable inactions

7.) The chief reason that KS D. Ct. Judge Teeter cited in granting defendants (diabolical frauds on the Court & filing perjurous affidavits to Court from defendants & their enablers was their egregious nonsense that I had failed to exhaust admin. remedies, & I in fact had absolutely exhausted every available admin. remedy at every level — & I told the court my Verified Complaint & pleadings to such truth was sufficient evidence to deny them their fraudulent motions to dismiss & for Summary Judgment, & I implored the D. Ct. to convene an evidentiary hearing & to grant me discovery & was denied arbitrarily.

8.) I have repeatedly protested to the D. Ct. & to this Court in every federal Court case dismissed in the past decade that my documentar proofs of exhaustion & defendants/their attees intentional perjuries — frauds on the Court was contained in my legal files criminally & unconstitutionally decimated & destroyed by these LCF persons Shaw & Gable every time I am at LCF for over the past decade.

8.) The 3 Leavenworth Co. KSA 60-1501 habeas petitions recite these same sworn protests as in this case & I've never yet had a single evidentiary hearing to simply put-up or shut-up. This is indeed a manifest injustice.

9.) I literally beg this Court's Panel to review the excoriating ruling in Littler v. Martinez, 2020 U.S. Dist. Lexis 1850 (So. Dist. Ind.), see Exhibit #6 summary article. & recognize my passionate protests that we have the exact same ongoing truths in this case & every case I've filed in the KS D. Ct. & this Court, & in the Kansas State District Courts & Appellate Courts.

10.) These rabidly depraved criminal & unconstitutional abuses revealed by the exhibits attached herewith, amply corroborate my fiercely passionate protests that their insidious destructions are in fact retaliatory acts for my 1st Amendment activities, which include naming them in my pending & prior Court cases in State & federal Courts — it is unquestionable & its been epidemic.

11.) I literally beg this Court Panel to grant me a temporary stay as I have thousands of dollars expended in this case & the filing fees in the Dist. Court & multiple times to this Court in this same case, & at least several thousand hours in labors to this case; & to issue a Remand to the District Court for an evidentiary hearing where I can meaningfully develop the record w/ testimony from myself & my witnesses CMII Lucht, Unit Counselor Rhinehart, Capt. Howlett, former Unit Team Blaney, & current Warden Howes, Deputy Wardens

1.) Continued:

Ball & Skidmore, & Reece, along w/ the KDOC SOC Znuda & Deputy SOC geither. And to compel the warden Howes to bring to such evidentiary hearing all Property Claims & relevant grievances filed in the past 3 yrs. to satisfy to the Court this is an epidemic & entrenched series of un-equaled criminal & unconstitutional travesties, & consequences must be had & must include state & federal criminal proceedings & in this regard both the Leavenworth Co. D.A. & Chief Judge (Todd Thompson & Louden & Judge Bryant too especially, & both the KS US Atty. Kate Brubacher, & Asst. US Atty. Andrea Taylor ("Director of KS D. Ct. Civil Rights Unit) as it is outrageously clear to everyone that state & federal officials are disgustingly loathe to ever hold any corrupt or incompetent prison official accountable, civilly or criminally; & the interests of justice clarion horns for such is deafening.

12.) And this Court cannot fairly ever address these wretchedly entren-ched practices of unchecked criminalities & horribly unconstitutional abuses w/out affording me a meaningful opportunity/remand eviden-tiary hearing to unmask the corrupt abuses & malfeasances that have permeated the LCF heirarchy & KDOC HQ hierarchy. KSA 75-5251 is non discreationary yet the SOC, DSOC, et al openly display arrogant contempt to their legal, ethical, moral duties.

    And its fairly said that the KS District Court Judges are just as guilty & deserving of sanctions. Accord <u>Littler</u>, supra.


Appellant humbly asserts it would be an exponential compounded manifest injustice not to grant the relief requested above, & he is deserving of all out justice — what's been done to his legal files by Shaw & gable has set his soul on fire & they must be held accountable to the rule of law same as their enablers & this Court must embrace the <u>Littler</u> std. for our 10th Circuit.

    Appellant humbly invokes the prison mailbox rule which deems this pleading filed to the Court upon delivering it to prison officials for mailout to the Court. See Exhibit #9.

Executed on 12-21-23

                                        Respectfully Submitted,
                                    s/ Patrick C. Lynn
                                    Pro se Appellant - Affiant
                                        #64377, LCF, P.O. Box 2
                                    Lansing, KS  66043

4 of 5

## Certificate of Service

Pursuant to 28 USC §1746, I, Patrick C. Lynn, herewith declare under penalty of perjury, that I delivered this pleading & Exhibits to LCF B-3 Unit Team Counselor Eric Rhinehart on 12-21-23, to mail via the prison mailroom, to the Clerk's Ofc. of The Tenth Circuit, U.S. Court of Appeals at 1823 Stout St., Denver, Colo. 80257, by AWR this date (as proof/Exhibit #9); & I will have additional copies hereof mailed to defense counsels promptly after my return from surgery & recuperation.

s/ Patrick C. Lynn

Patrick C. Lynn - Affiant
64377, LCF, P.O. Box 2
Lansing, KS 66043

#1

INMATE REQUEST TO STAFF MEMBER

To: _____  Date: _____

(Name and Title of Officer or Department)

⟨Priority Urgent Attn.⟩

Unit Team, Detail, or Cellhouse Officer's Signature

To be retained by inmate

Obviously I know you're up to yonder super busy w/all the other stoopity going on here on both sides the fence, I'm not going to recover from what those cretins did & they told me, Lucht & Rhine haft that you & Ball ordered what ~~they're~~ done to me & I know otherwise. The Court's won't give me any more time extensions & I've got thousands in money & thousands of hours in these cases. My soul is on fire...

**Form 9**
For Cellhouse ~~Tickets~~
Work Assignments
Interview Requests

Jet Lynn
~~Last Name Only~~

KANSAS DEPARTMENT OF CORRECTIONS

⟨6437⟩
Number

## INMATE REQUEST TO STAFF MEMBER

To: Jesse Howes — Warden    Date: 12-10-23/Sun. Nite

(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

Bubba, I'm so traumatized, disoriented & discombobulated — & beyond bucoo batshit crazy for (stinkin thinkin) about what those gotdam nazi ~~#@%~~'s did to my legal & personal property — its a tearful tragedy on a ginormous scale. I was called back for another box / CM2 Andrew Lucht gave me a box of nearly all the legal file-folders they maliciously ransacked. (They) dumped the contents of over ⟨310⟩ meticulously sorted legal materials into some ⟨9⟩ small legal boxes & 1 Transfer Box, & maliciously dumped the rest of my personal property into the same Transfer Box — My prized Sangean radio broken again by these cretins... & countless property items are missing & no seizure papers given to me or Mr. Lucht. None of you can really grasp the depth — I'm in the abyss & lost. I cannot recover from the losses of my Court deadlines missed in 10th Cir., another 3 cases in KS App. Ct., & a massive Corizon Bankruptcy case in Houston involving me & other prisoners nation wide. I'm ~~missing most~~ of my can't do w/out Law Books: KS Ct. Rules Book, KS Fed. Ct. Rules Both (these are $400. to replace), A 4"

~~Thick Black's~~ Thick Black's Law Dictionary ($50. plus to replace) & a 4" thick Medical Encyc lopedia Book (easily $100. to replace). Mr. Lucht told me you saw that Box of Empty File folders — surely you realize I wasn't meant to get those back or for you & Mr. Lucht to see what they rabidly did. They meant to destroy those as they've done to me for over past decade. I believe they must be held accountable: You have a legal/moral/ethical duty to terminate them immediately & criminally prose- cute them for the multiple actionable criminal offenses they rabidly did to me; Obstruction of Justice, Criminal mistreatment of a confined person (me) etc. You must make an ~~example~~ of them w/out fear or favor — otherwise you are com- plicit. It would take me at least 6 mos. to re-sort these corruptly disarran- ged documents. I beseech you to cause Photographs taken (color) & give ~~me~~ a dozen color copies to file to the ~~State~~/Federal Courts, Prosecutors, State officials & my outside advocates. You know they knew WTF they were doing was insidiously wrong & they did it anyway. Its not safe for me or them to keep me here, I'm too old to forgive their unforgiveable criminal acts. They can make peace w/god, not me... savvy? You must see these devastations & make them accountable. CC: Evidence Files & Multiple others.

Employee's Signature

To be returned to inmate.

P-0009

Also aquaint yourself w/attached letters to State/Federal #2

To: Deputy SOC Gloria Geither (& recruit your EAI Director & Chief Counsel)
From: Pat Lynn- 64377 @ LCF/B-3-112

Re: Insidiously Deviant Criminal & Unconstitutional Travesties Committed
Against Me (& Countless Others) In Retaliation For My 1st Amendment
Activities By LCF Corrupt Cretins CSI Shaw & CO2 Gable In Property
Room. Accountability Mandate / KSA 75-5251 (I've suffered $2500, in damages).
Date: 12-18-23

I bid you to recall our brief discussion & my traumatized condition when you
were here at LCF last week & standing w/ Jesse Howes, do you remember?

My sixth sense told me that you also are conscientious, & a good & decent person—
I beseech you to promptly intervene & order color photos taken of my trashed 310
meticulously labled legal file folders & the horrific decimations of the legal doc-
uments contents that were in those folders pertaining to 5 pending court cases
in 3 separate State/Federal courts.

I pray you to come back here asap & see these colossal calamities maliciously com-
mitted upon me again — these same 2 depraved, deviantly corrupt evil cretins (Shaw
& Gable) did this same intentional criminal/unconstitutional travesties to me after
I returned here on 11-9-20, & again multiple times during the years I returned here
before that. They horrifically destroyed crucial documentary evidences that's caused
dismissals of my court cases for years. I will forego any court litigation if
You will come back w/out delay & meet w/me at length, & w/ Jesse, CM2 Lucht—
see & hear what I tell you & show you, & act on it w/out fear or favor. Bring your
EAI Director & Chief Counsel if you see fit. These 2 cretins have corruptly abused
their misplaced authority for too many years w/impunity. You must act.

And in brutal honesty, the hierarchy here & EAI here have displayed actionable
apathy failing to hold them accountable. They've incited murder in the hearts of
countless men. All my senses convince me you will be outraged by what I present.
It's breathtaking. What do you think of prison officials refusing to act in any
regard whatsoever to revelations about unsolved murders & who was responsible
& likewise imminent planned murders? That's the apathy that exists across the
spectrum in the KDOC— hypocrisy rules.

Give me an hour w/you, Jesse, Mr. Lucht, & your EAI Director, & have it audio-
video recorded, & I'm sure you'll move mountains. These entrenched criminal/
unconstitutional practices has to stop & messages sent that its no longer the
the status quo apathy to staff atrocities. Otherwise if you too display apa-
thetic disregard, this paper trail will be filed to the Courts & others.
My tenacity is rarely equaled.

W/Highest Regards, I am,

Note D/W Ball told me over 10 days ago he'd get
photos taken of my decimated legal & personal
property — he's obviously a liar, & he told me same
bs just moments before I spoke to you on 12-15-23, &
Jesse also told me such that same date, & also that he'd have the crack head troll "Zook"
moved out of my cell that afternoon — & didn't do it today either, so other arrangements
were enforced. (We) should be able to trust ya'lls word, eh?

Patrick Lynn

cc: Evidence Files; Others; Gov. Kelly via Dawn Knudtson/Will Lawrence

To: KS U.S. Atty. Kate Brubacher & Asst U.S. Atty Andrea Taylor
&KS FBI-SAIC
From: Patrick C. Lynn-64377/@LCF
Re: Actionalde & Epidemic Civil Rights Investigation/Prosecution
Request
Date: 12-18-23                                                    #3

Dear DOJ Attys. of Kansas,
    I pray you both to review my enclosed request to local CVCO/
1st Judicial District state Judges, & to independently examine the
rampantly wanton federal civil rights violations that has persisted
at this LCF prison for well over a decade w/diabolical impunity
& deviant failures for legitimately impose serious accountabilities for
the insidious ongoing atrocities inflicted on prisoners at LCF.
    As you can readily discern from the enclosed affidavit to these 1st
Judicial District Judges, these facts & the evidences at hand amply
demonstrate violations of 1st 4th 8th & 14th Amendment rights, & viola-
tions of federal criminal laws, being 18 USC §§ 241, 242, 371, 1501-1512.
    The irreparable prejudices they (Shaw, Gable, et al.) knew I would suffer
to my state & federal courts pending litigation, is palpable & dramatically
affects my physical & psychological health. What they've done to me
again (these same criminal abuses have been inflicted upon me repeatedly
over a dozen times since mid-2000's to present, & largely contributed to
the losses of multiple court cases.
    I realize in advance you both & your ofc.'s staff in KS are loathe
to ever genuinely investigate & act on/prosecute severe civil rights vio-
tions wantonly committed by state(& federal too I'm sure) prison officials.
    I am filing a copy hereof to the 10th Circuit Panel presiding over Lynn
v. Willnauer, et al /Case#23-3111, & to the Circuit Executive (because should
you folks also ignore/refuse to open a legitimate investigation & in fact
promptly come to LCF to interview me under oath [& make an audio-
visual videotape as I elaborate on the decade plus of these insidiously
entrenched criminal practices] that would plainly constitute legal malprac-
tice & complicity — & give these corrupt evil wrongdoers a green light to
continue their rampant constitutional/criminal practices.
    There isn't any legitimate oversight & the overdue accountabilities
for any of the plethora of constitutional/criminal practices entrenched
in the KDOC & practiced w/absolute impunity against prisoners, for
decades (proof samples enclosed).
    You cannot truly appreciate the horrific-devastations rabidly
inflicted by this corrupt duo Shaw & Gable, unless you personally
see what they did to my legal materials & pending court cases files, &
my personal property. "Admin. remedies" are infuriatingly dysfunc-
tional & predetermined to fail & they simply don't answer "form 9's", →
                            1 of 3

Memo's of protests to wrongdoing, grievances at every level & appealed to the SOC level, & Property/Injury Claims. And then as we "exhaust all available admin. remedies" & file a Court case, defendants attys. in KS Atg ofc., private firms w/attys. like Roger Slead/Horn, Aylward, & Bandy, LLC in KC/MO consciously lie to the Court, routinely, & knowingly present perjured affidavits from prison officials ludicrously claiming that us prisoner litigants have failed to exhaust admin. remedies & that they have no records of our doing such & knowing that prison officials, like in my dreadful situations the past decade, criminally/unconstitutionally destroyed my documentary proofs in pending court cases legal files like at bar again now — & these defendants attys. move for dismissal/summary judgment, falsely arguing that my claims (& other like prisoners) have no basis & there are no material facts in dispute that would warrant further court action.

what I reveal herewith should be disturbing to you both as much or more so because you swore oaths to the rule of law & nobody above the law

I have been continuously prevented by diabolical criminal/unconst. acts & practices from having my legitimate claims heard in court. Defendants & their attys. all know that a prose litigant like me will only be able to rebut their falsities w/my own lay testimony or affidavit & I can't even get to the discovery stage. Isn't it of paramount importance for the Court & you both as well, to be able to trust the information & sworn statements the defendants & their attys. provided is truthful? My facts & what is at hand here again —> 310 legal file folders of pending court cases legal materials has been intentionally decimated again & these facts & concrete evidences you must see for yourselves, shatters your conscientious abilities to ever trust prison officials & their attys. Opposing counsels in my State/federal litigation ask & get the Courts to ignore the rules, established laws, & to commit obvious legal errors. Take a gander at the cases I've lost because of the Court's corruptly dismissing/granting defendants summary judgments when the Court's knew they weren't entitled to such & have routinely trashed my concrete proofs of "admin. remedies as are available" were exhausted. Don't you folks see that after 30 yrs. as a pro se litigant I know WTF to do? Don't need a crystal ball to wonder, did Evan Ebel have experiences like me in Colo. prison system & take his vengence on release by murdering the Colo. prison Director? Or Roy Denholder who murdered Fed. Ct. N.J. Judge Salas' son when looking for her at her house ...

gotdamnit, these evil shit practices here by those f'n LCF nazi evil bitches against me again is not unique & is instead an all too common path expericed by literally thousands of prisoners coming to LCF, & the hierarchies in place dont give a damn & do nothing. I & thousands of others genuinely pray for them to reap the raw unbridled hatred they sown, youbetcha. 2 of 3

These ongoing criminal/unconstitutional abuses of authority are in fact ultra-serious. My soul is on fire, I have thousands of dollars in court filing fees, copies/postage & related needs costs, on top of thousands of hours of labor... please act w/out delay, contact CM2 Lucht and Unit Counsel (B-3 C/H) Rhinehart — they in fact witnessed personally the perversities of what those corrupt nazi bitches said & did to my property & know how its severely affected me physically & psychologically.

A prisoner's most sacred/precious legal right is Court access, & w/out it, he/she is a lost soul.

I have Asst. Atty. Taylor's ph.# /913-551-6730 on my allowable phone call prepaid call list——— take my call?

If these facts & readily available evidences do not meet your Std. operating procedures to act on, then you must be as corrupt to your core as these cretins.

I declare the above & enclosed exhibits to be true & correct under penalty of perjury per 28 USC § 1746.

And should you refuse to act—then forward this to the FBI/SAIC S/ _____ of Kansas for his agents to                    Patrick C. Lynn—Affiant
investigate — & what is his/her             6A377, LCF, P.O. Box 2
name & address/ph#? //                       Lansing, KS 66043

And because of their deliberately criminal/unconst. decimations of my legal materials, I cannot meet my 12-27-23 10th Cir. deadline in the Willnauer suit & I've already had 3 time extensions, & will lose that case because of Shaw, Gable, et al. & likewise will be unable to docket/Brief my 3 LVCU "501" habeas appeals of Case No.'s 17-CV-149, 19-CV-182, & 21-CV-050.

It will me or any other reasonably intelligent person person, 6 months to wade thru the horrific disarray of legal documents trashed from (310) Legal file folders. Think if I came to your office & trashed every A0#& legal file folder & dumped into a massive disarray pile. Same evil shit they've done to me. Unforgiveable. My soul is on fire...

3 of 3

(Chief Judge Louden - and)

To : Hon. D. Ct. Judge John Bryant -
1st Judicial District of Kansas
601 So. Third, - LVCO Cthse,
Leavenworth, KS 66048

#4

From : Pat Lynn - 64377, LCF, P.O. Box 2,
Lansing, KS 66043

Re : Probable Cause Affidavit For Judicial Invention Per
KSA 22-2301(2) & KSA 22-2403(1) & (2), To Compel LVCO
D.A. Todd Thompson To Promptly Institute Criminal
Proceedings Without Fear or Favors

Date : 12-18-23/Monday

Dear Judge Bryant (& Chief Judge Louden),
I vigorously appeal to your good conscience & steadfast belief that nobody
is above the law, & humbly pray you to vividly recall the insidious, horrible,
criminal & unconstitutional plethora of deliberate abuses heaped upon me
at LCF, & recited by you in great detail in LVCO Case #17-CV-149, & by me
as well in #19-CV-102 & #21-CV-050 (which LVCO Judge Lee unconscienably
dismissed in Sept. 2023 for the preposterous reasons that I failed to exhaust
admin. remedies, comply w/26KAQ279, & after multiple unsuccessful dismissal
motions filed each year since the 2017, 2019, 2021 filings, he erroneously
granted such. Nonetheless, please give me your time & attention to these facts:
1.) On 11-9-20, I returned to LCF & quickly discovered that yet again, just
(like multiple (dozens) of times before (returning from hospital stays, returning
from prison Infirmary stays, & when returning to LCF from the unprecedented
7½ yrs. of "rotations every 4-5 mos. between 3 prisons in retaliation for my
1st Amendment activities; the LCF Property Rm. staff, specifically CSI Shaw
& a CO2 gable, rabidly & deviantly - & w/criminal intent, decimated (all) of
my meticulously organized legal files & materials pertaining to my pending
state & federal court cases, & my intended state/federal PCR cases to prove up
my actual innocence of the fabricated JOCOKS 1996 criminal convictions, &
they horribly destroyed my files of having exhausted admin. remedies proofs
pivotal to my pending court cases, & they seized/destroyed a massive
amount of other legal & personal property. And my proofs of having
exhausted "all available admin. remedies" was crucial to refuting opposing
counsel's preposterous nonsenses that I had not & because my concrete
proofs were destroyed maliciously here, I've suffered massive manifest in-
justices & my affidavits/verified pleadings to those factual truths un-
justly ignored — & I bid you to seriously note that my 3 LVCO "1501"
cases are on appeal to the KCOA & that court's clerk advised that I can't
file a consolidated docketing statement & must file separate docketing state-
ments & will hold my initial timely docketing statement & giving me 6 mos.
to remedy my need to file separate docketing statements, from Sept. 2023,
2.) Furtherstill, my federal §§1983 suit, Lynn v. Wilnauer et al, Case #19-CV-
3117-HLT, in which I had the former KS Chief Fed. Ct. Judge Julie
Robinson reversed by the 10th Circuit on 8-20-20 & she then retired & my-

1 of 6

lawsuit was reassigned to Judge Teeter & she granted opposing counsel's dismissal motions, **perjurously** claiming I had failed to exhaust admin. remedies & LCF & HCF officials, as well as KDOC HQ officials filed perjurous affidavits claiming they had no records of my proofs of exhausting both KAR 44-15-101 et seq. & KAR 44-16-102 et seq. remedies. They don't reply to my grievances/claims

3.) I'm confident that you've seen these exact same protests countless times while an atty. representing prisoner clients & as a D. Ct. Judge. Sadly, these approaches by prison officials & their attys. is still too common path for attys. litigating against pro se Plaintiffs/Petitioners & they expect that filing for dismissal/summary judgment will be in fact granted w/out much thought to the prisoner's fierce protests, & in these regards I pray you to be cognizant of Little v. Martinez, 2020 U.S. Dist Lexis 1850 (So. Dist. Ind.) & know I routinely experience such travesties,

4.) That said I now call your rapt attention to the fact that my heart condition is dreadfully atrocious & I've been admitted into ICU-Cardiac hospitals multiple times each year for past few years, & I was transferred from the new Winfield - Medium/Long Term Medical Care facility on 11-17-23 to HCF Seg. for a bs "battery" (15 days Seg., 30 days P/R & $20. fine) that I'll be filing on to the LVCO D. Ct. soon as my appeals to SOC are over.

5.) While at HCF from 11-17-23 to 11-21-23, I had cardiac issues & taken by EMS to hospital & admitted to ICU, then discharged on 11-21-23 & brought to LCF.

6.) From 11-12-23 (when WCF packed out my property) up to 12-7-23 (when I & CM2 Lucht examined my property outside of the LCF Property Rm.) I have not seen any of my property & HCF never examined it. This evil was here.

7.) I got here at LCF on 11-21-23 & at some point between 11-21-23 & 12-7-23, these same horribly deviant LCF Property Rm. staff Shaw & Gable spent days decimating all my legal files — I had (310) meticulously separated & marked legal files & they rabidly emptied the contents from each file & maliciously dumped the contents into piles of disarrayed heaps, that they knew, w/criminal intent was wrong & would not only interfere, hinder, thwart, obstruct & deprive me of any meaningful opportunity to meet my court deadlines & made it virtually impossible to re-sort back to the original order & take me over 6 mos. to make some sense of these piles. I came here w/2 "transfer size boxes" & 3 or 4 (small) "Legal box sizes" that separated my cases for my convenience. What these corruptly deviant cretins did to me (again) (like every previous time for well over 10-12 yrs. that I've been to LCF) was make 9 Legal size boxes of horribly disarrayed legal documents & my soul/entire being is on fire — I'm missing 5 lawbooks (West Law KS Ct. Rules Vol I & Fed. Ct. Rules- Vol II - $400. to replace; 1 Nolo Press Criminal Law In a Nutshell Lawbook - $50. plus to replace; 1 4 inch thick Black's Law Dictionary - $100, plus to replace; 1 Medical Encyclopedia 4" plus Book - $100. plus to replace. I've been blinded attacked twice, by an I/m at EDCF

side
2 of 6

7.) Continued: ___ I lost nearly 2 pints of blood (I take blood thinners meds) on 9-4-23 & rushed to hospital 30 miles away in Wichita, by EMS w/ sirens, & diagnosed after MRI & C/T scan w/ multiple facial fractures & large gash over my left eye — cracked orbital socket, cracked cheekbone, multiple large bruises & a massive head/brain concussion, This all happened as I sat in my wheel-chair & viciously attacked by a 24 yr. old crackhead who stoopidly thinks he gets "props" for blindsiding a defenseless 68 yr. old man in a wheelchair!

8.) I was there-after transferred to WCF-Med. Unit on 9-5-23, & yet again viciously blindsided by a large black "chomo" Inmate named LaVaughn Willis on 11-11-23 — & this attack re-newed my facial fractures & re-opend the gash over my left eye & again lost a pint plus of blood. (I take blood thinners)

8.) I tell you these facts because I have ongoing serious brain damage issues — my equilibrium is bad & I fall sideways a lot, I'm often disoriented I have severe memory loss & concentration issues, because of these attacks. — And what they've done to my legal & personal property has to be seen to intelligently grasp the scope of the depravities committed upon me & the manifest injustices I simply can't recover from. We can all be confi-dent that they (Shaw & gable) and w/ criminal intent, threw away my documents in those legal file folders, to retaliate rabidly for my 1st Am. activities. I'm missing all my family photos — devastating & irreplaceable !!! I'm missing vast amounts of my personal property — see my attached Property loss, & Damaged Property claims totaling over $2500.⁰⁰. My prized & rare "Sangean-glass House radio" has been broken again by them (1st on the 11-9-20 transfer here/ they broke it/ somehow making the AM not work & Dep. Warden Ball offered to replace my then pristine con-dition radio & I declined) & this time the knobs for volume are missing & they don't just "fall off" — it takes serious force to pull such off.

9.) On 12-1-23, I was summoned to the Property Room, ostensibly to pick-up my property & immediately on arrival this repulsive evil *@#1 Shaw tells me she's confiscated my 2 sets of CL-20 head phones (replacement costs are around $54.⁰⁰ each) & She tells me that they are "altered" because of some tape on the pathetically cheap plastic around the ear pieces — everybody who has ever bought these has the same breakage & tape to secure it, No other prison does what those evil hearted *@#'s do to men here. It's epidemic & the hierarchy knows it & cowardly refuse to hold them accountable ever: soc, the Warden, Deputy Wardens, Major, E.A.I phonies, UTM's & U/T's are all each complicit to these criminal & unconstitutionally deviant acts & practices. It's a horrifically "hostile atmosphere" & what they incite is murderous hatred & to provoke extreme violence & retribution. I detest "stinking thinking", yet I'm unable to meet my deadlines & legal obligations for (4) pending court cases. My 10ᵗʰ Cir deadline ② is 12-22-23 & its my 3rd time extension since Sept. 2023!

10.) I want to exercise my statutory legal right as a citizen of Kansas to make a citizen's arrest per KSA 22-2403 (1) & (2) of both shaw & gable.

4of6

11.) I also want to make a citizen's arrest of LCF Warden Jesse Howes (he's actually one of my favorite KDOC officials since I met him at LCF in 2022 as a then Deputy Warden) & I reminded him on Friday/12-15-23 in front of the new Deputy Secy. of Corr's/a lady named Gaither (luu), that he was sent here as the new Warden in Aug. 2023 to clean-up this corrupt shitpile & he should have terminated both Shaw & Gable on 12-7-23 when CM2 Lucht showed him the box full of (310) empty legal file folders that I wasn't meant to ever see again & he "somehow procured" after I left w/a bare bones box of hygiene, electronics/TV, fan, hotpot ext cord & power strip, & few trashed legal materials earlier on 12-7-23 & this CM2 Lucht promptly showed this box full of (310) empty legal-file folders to Warden Howes & told the Warden what those 2 (Shaw & Gable) criminally did to my legal & personal property. Howes did nothing!!

12.) And to make a citizen's arrest of each of the LCF Deputy Wardens; Skidmore, Ball, & Reece, & this other corrupt cretin Major East (newly promoted prior to Howes being made Warden), & I want to make a citizen's arrest of each of the LCF EAI so called "Special Agents — these corrupt crumbums are (1) corruptly complicit & made fully aware of what Shaw & Gable did to me (again) but also have each been fully aware of how epidemic its been, practiced by Shaw for over a decade & Gable for around past 4 yrs. plus. And they've each corruptly failed to do their legal, moral, & ethical duties to hold those corrupt deviants Shaw & Gable accountable on any level. It shows how odious the scope of the "status quo" is here, the truth shocks the conscience.

13.) And of course the SOC Zmuda is likewise directly involved & perversely complicit & he (routinely) refuses to do his nondiscretionary legal duties mandated by KSA 75-5251. And we now have the new Deputy SOC Gaither directly involved as I in fact angrily told her in person on 12-15-23 here, what's been done to me & that my soul is on fire & its dramatically affecting my physical & psychological health & the loss of my pending court cases, & obviously my intended PCR cases is a colossal deviation. Do you remember what the KS S. Ct. said in Levier 50 yrs. ago (1972) about KDOC I/m's having constitutional/statutory legal rights to be free from all physical & psychological abuse & any unnecessary indignity" — I've memorized that sacred tenent years ago & we have this at hand here again now, I want justice.

Do you remember what the KS S. Ct. said in Stephens ex rel. v. O'Keefe, 235 Kan. 1022, 1027-28 (1984) re KDOC I/m's legal rights to the courts & not be subjected to any unnecessary restrictions? I've also memorized that tenent too. Give me the justice I deserve.

I've adequately set forth ample probable cause sufficient to make valid citizen's arrests of above directly involved wrongdoers' criminal acts against me & I'm in dire need of assistance to effectuate these—

4of6

Appellate Case: 23-3111    Document: 0101 198 71949    Date Filed: 01/03/2024    Page: 15

arrests via the LVCO Sheriff & his ote., per KSA 22-2403(1)&(2), for;

- Count One / Criminal Deprivation of Property;
- Count Two / Criminal Mistreatment of a Confined Person;
- Count Three / Criminal Interference with the administration of Justice in my pending State Court cases-filed in LVCO D.Ct. & now given time to file separate docketing Statements by Feb. or March 2024 & now impossible to meet due to these deliberate criminal acts upon me cited herein.
- Count Four / Aggrevated Intimidation of a Victim/Witness (me).
- Count Five / Official Misconduct

14.) Inasmuch as everyone of reasonable intelligence, knows that the current LVCO D.A. Todd Thompson, is absolutely loathe to ever bring/prosecute any criminal charges for crimes against any prisoner or detainee confined or detained in any LVCO facility who has been perversely subjected to egregiously intolerable & intentional criminal acts in violation of the KS Code of Criminal Laws & it is an undeniable fact then that KSA 22-2301(2) [as well as KSA 22-2403(1)&(2)] creates an enforceable legal right to every citizen to present persuasive probable causes to a district court Judge for an Order to the D.A. (in this instance Todd Thompson) to institute criminal proceedings against the wrongdoers, & I pray this Judge Bryant &/or the 1st Judicial District's Chief Judge Louden (?) to issue such Orders & to bring me & my evidences before the Court w/out delay to testify further under oath & to personally scrutinize the perversities criminally committed upon me (& countless others which is readily ascertainable by ordering LCF Warden Howes to personally bring the LCF records of all claims made against the property Rm. Staff (Shaw & Gable) & all related grievances for past 5 yrs. so that the Court can make fully informed intelligent condemnations of the cowardices of both LCF & the SOC/his designees to these epidemic criminal practices; officials

15.) Pursuant to KSA 53-601(b)(2), I, Patrick C. Lynn, herewith declare upon my solemn oath & under penalty of perjury (KSA 21-5903), that I've read the foregoing facts & I know/speak from my dreadful first hand experiences that these facts & corroborating concrete evidences in hand are true, accurate & reliable, & I present such in good faith & I am the victim of numerous actionable criminal acts & I deserve justice as a matter of established law so help me God; & D.A. Thompson has a sordid history of ignoring prisoner abuses. Executed on 12-18-23.

S/ _Patrick C. Lynn_

Patrick C. Lynn - Affiant
64377 LCF, P.O. Box A
Lansing, KS 66043

6 of 6

## Certificate of Service

I, Patrick C. Lynn, here with certify that I have mailed the fore-going sworn affidavit facts, to the below named parties, by U.S. Mail, postage prepaid, on this ___ day of December, 2023;

- Hon. Judge John Bryant - 1ST Judicial District
- Hon Chief Judge Louden (sp?) — 1ST Judicial District, 601 So. Third-Ct use, Leavenworth, KS 66048;
- Rep. Stephen Owen - 300 SW Tenth/St. Capitol Bldg., Topeka, KS 66612; Corrections Oversight Committee
- Sen. Kellie Warren 300 SW Tenth/St. Capitol Bldg., Topeka, KS 66612 Judiciary Committee Chairwoman.
- Gov. Laura Kelly via Dawn Knudtson-Dir. of Constituent Svcs, 300 SW Tenth/St. Capitol Bldg., Topeka, KS 66612,
- Andrea Taylor-Asst U.S. Atty. of KS - D. Ct. Civil Rights Unit Director 500 State Ave. Ste. 360, KC/KS. 66101  epedemic for years & KS U.S. Atty. Kate Brubacher  Re:violations of 18 USC §§ → Accord 18 USC §§ 3332(a)  241, 242, 371, 1501 - 1512
- KS A/g Chris Kobach, 120 SW Tenth, Topeka, KS 66612.
- KS City Star Reporters;
- Topeka Capitol Journal Reporters;
- Wichita Eagle Opinion Editor Dion Lefler;

- Evidence Files;
✓ Clerk's Ofc., 10ᵗʰ Cir. & Parties to Lynn v. Willnaur et al Case No. 23-3111 / 1823 Stout, Denver, Colo. 8025>.
✓ Clerks Ofc., KS Ct. of Appeals, re Appeal Docketing Statements due Separately for LVCO Habeas Cases #17-CV-149, #19-CV-182, & #21-CV-050,
- KDOC S.O.C. Jeff Zmuda & Deputy S.O.C. Gloria Geither 714 SW Jackson-Ste. 300, Topeka, KS 66603

s/ Patrick C. Lynn
Patrick C. Lynn
64377, LCF, P.O. Box 2
Lansing, KS 66043

6 of 6

## PROPERTY DAMAGE/LOSS OR PERSONAL INJURY CLAIM FORM

Claim #1 of 3    Pg. 1 of 5    Section I

*Re LCF Nazi's shaw & gable - & others directly involved who won't hold them acctable*

| | |
|---|---|
| Filed **AT** Facility No.: | Facility Initials: LCF |
| Filed **AGAINST** Facility No.: | Facility Initials: LCF |

(Refer to PLC coding manual for facility no. & initials)

Name of Claimant (Last, First, MI): Lynn, Patrick, C.    KDOC Number 64377

Type of Claim (circle one): (Lost Property) / Damaged Property / Injury — Discovered
Amount of Claim: $2051.50    Date of Loss ~~Damage or injury~~ (MO/DAY/YR) 12-7-23

Where Loss, ~~Damage, or injury~~ Occurred

If occurred in cellhouse, enter cellhouse/room number: _____

Otherwise, circle one of the following: Mailroom / R&D / (Central Property)
HCF 12-31-10 D/R    Laundry / Gym / Dining Room
Compare Exhibit B to this situation    Other Location    (See 3pg. Exhibit A attached)

NATURE OF CLAIM (Set forth detailed facts, including date of loss, damage or injury, how it occurred, place of occurrence, how you claim institution or employee was negligent, and amount of the claim.): On 11-12-23, My personal & legal property was inventoried due to seg. placement at WCF, & nobody has unpacked the then alleged 7 boxes until my transfer to LCF on 11-21-23. The LCF Property Rm. & CO II A's shaw & gable, yet again like every other time I've transferred to LCF, maliciously ransacked, compromised, trashed/destroyed, & broke my personal & my 310 meticulously labled legal files for 5 pending state & federal court cases & crucial to new criminal convictions intended litigation. They criminally seized all 310 File folders & deviantly dumped all documents into 9 new small "legal boxes, & destroyed over 5 very expensive law books essential to pending & intended litigation, w/criminally intent to retaliate for 1st Amendment activities & to obstruct justice, & they each claimed to be acting under orders from LCF Warden Howes & Deputy Warden Ball. See Exhibit A this & ongoing

I am aware that presenting a false claim may result in penalties (under K.S.A. 75-7501 et seq., K.A.R. 44-12-101 et seq., etc.), and I declare (or verify, certify or state) that the foregoing is true and correct to the best of my knowledge, understanding, and belief, & under state/federal penalties of perjury per KSA 53-601(b)(2) & 28 USC §1746.

Claimant Signature: Patrick C. Lynn    Date: 12-7-23

Received from Resident/Claimant: Date 12-13-23    Time: 0800
UT Name (print): Kim Opler    UT Signature: _____    Claimant Initials: PCL

**Section II**

Received by Warden/Superintendent on (MO/DAY/YR):    Facility Log No. Assigned:

Inquiry Report:

Date (MO/DAY/YR):    Investigator Name (print):    UT Member or Investigator Signature:

(Exhibit A)    (Pg. 1 of 3)

WCF #620-22)666D
HCF
EDCF #316-331-7284
LCF #913-727-3035
K Doc HQ 785-296-3317

# 12-7-23 LCF Property Claims

Exhaustion of Futile Admin. Remedies
For Multiple Other Court's Litigation
per KSA 22-2301(2) USA 60-1501 et seq. &
42 USC SS 1983; & KS Legislative Claims Processes

Claim #1 = Missing Property & Replacement Value/$2251.50
Claim #2 = Broken Property & Replacement Value/$250.00
Claim #3 = Psychological Injuries, in excess of $75K.
           & Lost Court Cases Because of Property Damages

| Items | Replacement value Est. |
|---|---|
| Fund Raiser @ EDCF "SLC"   Goya Seasoning, | |
| 1.) 15"x5" Jar of Crushed Red Pepper, Taco Seasoning, Minced Onion. (Warden Howes also saw @ EDCF in 2023) | $100. |
| 2.) 1 Pantene Body Wash - (1 had 2 Pantenes) | $10. |
| 3.) 1 Old Spice Body Wash - Red Bottle version (Fiji) | $10. |
| 4.) 1 Model Car Kit - Super Glue Tube | $10. |
| 5.) 4 Law Books ** : | $200. |
| • 1 Kansas D. Ct. Rules Civil Procedure, S.Ct. Rules, & Small Claims Court Rules, & Appellate Ct. Rules | |
| • 1 KS Fed. D.Ct. Rules of Civil Procedure & Local D. Ct. Rules, FRAP & 10th Cir App. Ct. Rules, & Fed. Rules of Evidence | $200. |
| • 1 4" Thick Black's Law Dictionary | $100. |
| • 1 5" Thick Medical Encyclopedia | $200. |
| 6.) 2 Microwave Safe EDCF Fund Raiser Dinner Plates * | $6. |
| 7.) 1 5" Jar Bottle of Crushed Red Pepper Flakes - only crumbs left & lid was left unsecured/spilled out | $5. |
| 8.) 1 Canteen Bought Salt-Pepper Shakers Set, also both had been deliberately left in open position/spilled out | $3.03 |
| 9.) 1 Envelope of Family Photos Dozens *** - Irreplaceable/Priceless ☆ | |
| 10.) 2 Global Stamps | $3. |
| 11.) 25 Forever Stamps    ** Not in Property I examined w/ on CM2 Lucht 12-7-23 | $16.50 |
| 12.) 10 Additional 1 oz Stamps | $2.40 |
| 13.) 1 of 2 CL20 Headphones w/tape seized - Yet has Lifetime Replacement guarantee ** | $54. |
| 14.) 1 Electric Alarm Clock - Big Digital # Style ** (Not in Property Examined w/ CM2 Lucht on 12-7-23) | $20. |
| 15.) 1 Pair of Leather Clark's - Therapuetic shoes, size 9½, | $100. |
| 16.) 1 Religious Medalion on Braided Yarn Type String Necklace | $20. |
| 17.) 1 Combination Lock | $13. |
| 18.) 1 Old Spice Deodorant Stick (inside rolled up to top to check for contraband below?) | $10. |

12-1-23 LCF

Pg 2 of 3 / Property Claim #1 — Replacement

Items      Value Est.

Pg. 2 of 3
Exhibit A

19.) 1 Kansas 2021-22 Legal Directory     $75.

20.) 1 4"x 6" Half Size (of 8x11") Envelope of Dozens of News Media contacts & addresses & Ph.#'s, Friends/addresses & Ph.#'s (Irreplaceable)

21.) 15 4"x 6" Half Size Envelopes of (Priceless / Decades...) All are:
- Criminal case (JoCo KS) — Decades of Notes (Priceless)
- KS Const. Bill of Rights Articles
- U.S. Constitutional Amendments & "Booklet
- Federal Criminal Statutes — Title 18 (Hundreds!)    Priceless
- KS State Code of Criminal Laws — both pre 2011 & Revised post-2011 versions! W/ Extensive Notes & Contacts (& countless Annotated sections).
- Eric Melgren — Wichita Fed. Ct. Judge ("Actionable" Notes)
- Pending LVC-KS (3) Habeas Cases Notes/Work Product)
- State & National TV/Newspaper contacts, Addresses & Phone #'s
- Miscellaneous Newspapers Legal Articles Evidences Relevant to my Criminal & Civil Cases.
- KDOC "Incindiary Notes" For Pending (trials & Ct. Hearings) Criminal & Civil Cases, & Intended Soon To Be Filed Cases
- Criminal case Miscellaneous Musings
- Massive "To Do's" Lists for Pending (& Intended) Criminal & Civil Cases
- MIPS - Ricky Kidd & Daryl Burton
- Holle Notes & To Do's
- 11-9-20 Criminally Seized & Missing Property Notes for Lynn v. Gable LVCO cases. (See also Lynn case # 21-CV-050).

Total of 25 of these Half Size Envelopes

22.) Numerous Other 8x11 Size Legal File Folders Missing & Separate From the Total 310 Legal File Folders On Hand (Like "8th Amendment - Medical" File & "EDCF '21-23 Folder")

23.) 1 Nolo Press "Criminal Law Handbook" — $50.

24.) 110 Prison Legal News Issues From Jan. 2018 to Oct. 2023; $410.

25.) Prison Criminal Legal News From Jan. 2017 to Oct. 2023; $470. 120 @ $5 per issue or $60. yr. replacement costs. Pg 2 of 5 (Inventory Forms Omit These &) Law Books

12-7-23 / Pg. 3 of 5 LCF Property Claim #1

(Exhibit A)

<u>Items</u>                                                                                                   Replacement Value
                                                                                                                          Est.

19.) 3 Full Folgers Jars In Non-Folgers Container      $ 33.51
(Note I got another 1 plus Jar Folgers in non Folgers container)

20.) 1 Spare / New In Box 40 Watt Lamp Bulb, plus 1      $ 7.35
Previously Working 40 Watt Lamp Bulb inside
Lamp & Now Broken

21.) 1 (Cracked) Tumbler Drinking Cup

22.) 1  3/4 Full Probiotics (EDCF Fund Raiser @ $25. Jar) $23.19

23.) 1 of 2 Jars of Pomade Missing- the New/Unused  $2.72

24.) I had a minimum of 200 Fat Heavy Duty — Costs Unknown
Rubberbands Securing Legal Files; Only 8 Listed
On Inventory Forms, & around 30 found in Empty 310 Legal
Folders Box.

25.) I had another minimum of 200 Paper Clips of Small,
Big, & Clip-On style  Paper Clips            Costs Unknown

26.) 1  12" Plastic Ruler                                           $3.

27.) 4 Heavy Duty Clear Plastic Knives & 1 Double Long   Costs Unknown
Big Yellow Spoon (Inventory Form states merely
"Container of eating Utensils).

28.) The 15" TV Box that I had my TV inside of when I was
transferred from HCF to EDCF on 8-30-21, from EDCF to WCF-Med.
on 9-5-23, & from WCF-Med. to HCF on 11-17-23, & from HCF to
LCF on 11-21-23.

29.) I had (3) TWO Sets of Non-State Eyeglasses,   $5. to $10.
                                                                                                        $ 80.

get $100 @ call
"West" 800 # for price
"KS Ct. Rules & Procedure" Stat.
Vol. I                              Home page  2017
                                      West.thomson.com  20
West Reference Adds
   800-733-2889
   800-937-8529   800-344-
Available book discounts   5009

Same, 2 Cretins
4 of 5

## LCF / 11-9-20

11-9-20  LCF  Sgt. Major Plumley articles

Missing Property!

- 2 Unused/New & Full Old Spice Body Wash Bottles
  Value — $8.50 ea. plus tax
- 1 Super Size Jergens Lotion w/Push dispenser  $2
  value $16.00 plus tax
- 2 Used wash cloths — Indigent Sack x-mas gifts
- 27 pages of unfinished Willmett Amend Complaint/see  $1,000
  10th Cir. 8-12-20 order & chief Judge Follow up order
  to file by 11-16-96 (100 hrs. labors easily) plus v2st
  notes. Ready to serve Discovery motions, TRO/P.I.,
  evidentiary files taken from inside law book.
  This is criminal conspiracy & obstruction of justice.
- Tampered glasshouse (new) radio — Gable opened it
  & damaged it —— Am no longer works & seals are
  not replaced —— see the damage/contact the v/t
- Salsa bottle/chili garlic $5.00
- Tiny Tupperware container w/lid for hairties, nail-
  clippers
- Fluff cup w/lid — sold in u/s catalog.
- Large bottle unused clear Peach Koolaid full to
  to top
- Shower Mesh Bag w/drawstring.
- Large new Laundrybag w/" —return mine & all others
- Reinforced TV Box — for legal needs
- 4-5 new Yellow-highlights for legal needs
- Dozen plus unused Pilot V ultra fine Pt. Marker
  Pens- Blk ink. plus dozen Blk Ink ultra fine
  Pt, Sharpie Marker pens & 6-7 like Red pens.
- Dozen allowable Gel Pens  (Replace)

  Dick Blick Catalog Items
- 4 oz Clear Plastic Spray Bottle from Dick Blick
- Heavy Duty Cardboard Boxes (2) for glasshouse
  Radio & other items like lamps
- Large 3/4 Full Bottle Goya Dry Seasons
- 2nd Power Strip Replacement — (return/replace)
  (Note this item, TV, 2 coaxial cables, 20' thick
  copper wire antenna; hotpot, 2nd fan, & hygiene
  items maliciously taken & he

5 of 5

Astute minds recognize that the maliciously rabid ransacking/devastations, egregiously <u>criminal</u> obstructions of justice, was/is retaliation for my past, pending (5 cases in 2 Federal Courts, & 1 State Court) & intended cases against these pompously arrogant cretins & their confederates, <u>took several days to trash 310 legal file folders & dumping the contents into deliberately disarrayed piles strewn across 9 nine small "legal boxes", & corruptly destroying, breaking, & confiscating my property allowed in my possession for years</u>, didn't happen in just one day, <u>& occurred over several days</u>. In the two occasions prior to CM2 Lucht being given discretion to reasonably & rationally decide what was in fact allowable (I left here/LCF, on 4-30-21 w/ the same property I have now & that I came here with on 11-9-20) at every prison I've been at the past 5 yrs.

Both Shaw & gable repeatedly declared w/ arrogantly deviant glee, that Warden Howes & Deputy Warden Ball had given them their "marching orders" — stating such to myself, u/t Eric Rhinehart, & CM2 Lucht.

The enormity of what they said & did to me in these matters in fact affects my physical & psychological health, & has made it utterly impossible to meet my court deadlines in (4) four pending court cases, & caused the arbitrary loss of around $5000, or more in court filing fees; 10,000 hrs. in labor; & thousands of dollars in postage, copying costs & other related expenses.   And these lost cases & actionable injuries is epic — an ongoing constant series of OMG clusterfucks that is so all incompassing collossally devastating, that my going forward isn't possible.

Serial killers deserve killing & these corrupt evil pigs are comparable to such perverse deviants because they are serial deviants in a different 'genre' & they absolutely deserve immolation, they perversely abused their misplaced authority to thousands of men who've vowed accountability by any means... And their "enablers" are just as accountable for their apathy, complicity, & odious cowardice. Don't delude yourselves...

<u>TO FILE TO THE COURTS & OFFICIALS</u>:

<u>YOU MUST</u> TAKE COLOR PHOTO OF THE PILES OF LEGAL File Folders (310) THEY (Shaw & gable) EMPTIED CONTENTS FROM AND DUMPED INTO MASSIVE DISARRAY SEPARATE PILES <u>WITH MALICE</u> TO OBSTRUCT JUSTICE, INTIMIDATE, & RETALIATE FOR 1ST AMENDMENT ACTIVITIES

5 of 5

Page 1 of 2, Attachment A, IMPP 01-118D
Effective 12-21-21

#6

## PROPERTY DAMAGE/LOSS OR PERSONAL INJURY CLAIM FORM

Claim #2 of 3            Section I            Re LCF Prop. Rm Nazi's
Shaw & Gable, others who
won't hold them acct.'able

| | | | |
|---|---|---|---|
| Filed AT Facility No.: | | Facility Initials: | LCF |
| Filed AGAINST Facility No.: | | Facility Initials: | LCF |

(Refer to PLC coding manual for facility no. & initials)

| Name of Claimant (Last, First, MI): Lynn, Patrick, C. | KDOC Number |
|---|---|

| Type of Claim (circle one) : | Lost Property | (Damaged Property) | Injury |
|---|---|---|---|
| Amount of Claim: $250. or $ 196.00 $51.00 | | Date of Loss, Damage, or Injury (MO/DAY/YR): | Discovered 12-7-23 |

Where Loss, Damage, or Injury Occurred:

If occurred in cellhouse, enter cellhouse/room number: _____

Otherwise, circle one of the following:     Mailroom     R&D     (Central Property)
Laundry     Gym     Dining Room

(see also Exhibit C/5 pgs attached)     Other Location     (See 1 Pg. Exhibit B attached)

NATURE OF CLAIM (set forth detailed facts, including date of loss, damage or injury, how it occurred, place of occurrence, how you claim institution or employee was negligent, and amount of the claim.): On 11-9-20, I tranferred to LCF w/a pristine & perfectly working Sangean Am/FM "Glasshouse" radio in my property, & the LCF Property Rm. #6 x's Shaw & Gable (who are notoriously renowned for their entrenched corrupt practices of criminally compromising, ransacking, destroying, or otherwise breaking personal & legal property of prisoners w/ utter impunity &) they broke something inside this radio to deprive me of the AM radio option & Dep. Bell retrieved my property that was left & offered to replace the radio & I declined, & transferred out of LCF on 4-30-21. I returned to LCF on 11-01-23, & yet again, they rabidly did the same malicious criminal abuses to retaliate for my legal activities against them, & others, & they "lost" 1 of the tuner knobs, & they criminally broke & seized 1 of a CL-20 VR. I am aware that presenting a false claim may result in penalties (under K.S.A. 75-7501 et seq., K.A.R. 44-12-101 et seq., etc.), and I declare (or verify, certify or state) that the foregoing is true and correct to the best of my knowledge, understanding, and belief & under state/federal penalties of perjury per KSA 53-601(a)(2) & 28 USC §1746.

| Claimant Signature: Patrick C. Lynn | Date: 12-7-23 |
|---|---|

| Received from Resident/Claimant: | Date: 12/7/23 | Time: 0800 | |
|---|---|---|---|
| UT Name (print): E. REINHARD | UT Signature: E. [signature], UT | | Claimant Initials: PCL |

### Section II

| Received by Warden/Superintendent on (MO/DAY/YR): | Facility Log No. Assigned: |
|---|---|

Inquiry Report:

| Date (MO/DAY/YR): | Investigator Name (print): | UT Member or Investigator Signature: |
|---|---|---|

# 12-7-23 LCF Property Claims

WCFATC 620-221-6660
HCF # 94551-79-04
EDCF # 321-78-331
LCF # 785-296-331
KDOC # 0071613

This Is Separate Property Claim #2 Items Damaged To Replace Or To Compensate

Exhaustion Of Futile Admin. Remedies For Multiple Other Court's Litigation Per KSA 23-2301(2), KSA 60-1501 et seq., & Per 42 USC § 1983, & KS Legislative Claims Processes

Claim #1 = Missing Property & Replacement Value / $ 251.50
Claim #2 = Damaged/Broken Property & Replacement Value / $ 156.00
Claim #3 = Psychological Injuries, in excess of $ 15K,
& Lost Court Cases Because Of Property Damages.

Replacement Value Est.
$ 151.88 to $196.00

## Items

1.) Sangean AM-FM Radio / This time, one of the 3 knobs on face of this Prized Radio is missing now & the last time I came here on 11-9-20, These same pompously corrupt *@#*A's shaw & gable broke the am reception- something & declared it was "altered" yet was in pristine A-1 condition & given to me at LCF UTM hacks at just 6 mos. earlier, & D/W Ball retrieved this item & all the rest of my corruptly seized items, of which 16 additional items were missing & I found that list on 12-7-23 as I scanned what was contained in the 3 bullshit small "Legal Boxes" of my legal documents that were criminally dumped in maliciously disarray & contained in 9 total bullshit small legal boxes these pompously corrupt *@#*A's made from the (310) legal Folders, I left the other 6 small boxes for storage in property Rm. & later retrieval as it will undoubtedly take months of a daily grind to re-sort the malicious disarrays intended to thwart, hinder, obstruct & deny my 1st Amendment, 4th Amendment, 8th Amendment, & 14th Amendment rights, as well as my state & federal rights under respective Codes of Criminal laws.) & D/W Ball offered to replace the radio entirely & I declined.

2.) The 40W lightbulb inside my lamp was also (intentionally) broken & was in previous perfect order. See item #20, on Pg. 2 of Claim #1

3.) I transferred back to LCF w/ 2 sets of CL-20 headphones, that each had been taped because KDOC prisoners are, restricted to purchasing cheaply made plastic headphones that are guaranteed to break, & everyone who has ever purchased these KOSS CL-20 headphones has had to tape the egregiously inferior plastic around the ear pieces to keep intact.
    Both sets have been routinely transferred w/ me from prison to prison for several years — (& were retrieved from them by D/W Ball in 2020 too)
    I was the recipient of sound discretion exercised by LCF CM2 Lucht & he returned one set to me, & told me the other set was broken apart & I declared I wanted that set too because the KOSS Co. provides a "lifetime replacement for any reason guarantee" & I can get both sets mailed back to the Co. & obtain new sets to be mailed back w/ postage prepaid by me, & I am deprived of doing so.

(Exhibit C)

*Where's* Sheet   Modifications

11-8-23 / Friday

# Missing Property

My White New Balance sneakers not on Inventory List nor my

x 5" wide x

- 15" Tall Big Ass Jar w/ Crushed Red Pepper  listed
  Taco Seasoning & Minced Onion   ($100. Plus invested & bought 15 plus 13 oz Jars $4.00 ea. from Christian Fund Raiser extras left over - Warden Howes said at EDCF
→ All legal papers separated by paperclips taken
- Pantene Body Wash (I had 2)  Pantene's
- Old Spice Body Wash — Red Bottle
- Model Car Super Glue bottle full
→ None of my law books listed by EDCF & I'm given
- New Salt & Pepper Shakers — delib. put in Open Pour Spot & all over one box.
- Black's Law Dictionar — 4 inches Thick by 8" tall
- Medical Encyclopedia — 48me    Had these for years
- Kansas Rules Civil Procedure Book   $400. set
- Federal Court Rules of Civil Procedure - Rules of Evidence - Local Ks D. Ct. Rules, FRAP & 10th Cir. Local Rules   I have these law books since 2015
- 2nd Copy Books Too  None of my PLN's & CLN's Since 2015 listed
- Microwave Safe Plates — Dinner  Fund Raiser @ EDCF  $3.00 each
* Cracked Tumbler Tall Cup   2 40W Bulbs 7.35
* Full 3 inch Bottle of Crushed Red Pepper - only sprinkle left & poured out in box like salt/pepper shaker
* 2nd Non Coffee Container held 3 Folgers Jar & the one given me holds 1 Folgers Jar. — The 3 Folgers Jar is missing $33.51
* My 2nd CL20 Headphones w/ Tape is missing  9.54
* I had minimum 100 Rubberband's hold legal files intact "8 listed !
* Only one of two (Pomade) Hair grease in Property listed missing
→ Where did the Seg. Allowable's go to Seg. ?   8.72
  * Fund Raiser "Probiotics" big jar - 1/2 full missing / Fund raiser at EDCF
  * My years of Calenders Folder & Calenders   12.50
→ What is MDO Bowl ?

Why no date listed on all LCF Prop. Nazi "Notes"?

- Only 1 of 3 Body Wash bottles listed ~ done $10 — Yet 2 of 3 in Prop. Box!
- Bag of Chilies listed & not in Prop. Boxes — I didn't have a bag of Chilies / WTF?
- What the fuck is "Bag of hygiene supplies - Allowable to Seg"?
→ Did these Nazi skanks send such to Seg.? I never got & only in Seg. @ LCF 4 1/2 days & then to Inf. for days.
- No "lotion" in Prop. Boxes — & notes say "Seg." (sent when?)
  I had "Suave cocoa Butter w/ shea lotion $4.65  I no got
- I ruler listed on WTF Prop. Forms & Nazi notes say "not in Box"! & missing 3.
- WTF is "2 Empty hygiene packs"?
- Over 600 Sheets Blank Copy Paper — $17.85
- Where's my photos of Family, Albert Einstein 8x11 Photo, Dad's 82 ABN Ft. Bragg article, Dad's 8x11 Photo, & Photo of my U.S. Navy Destroyer/DLG U.S.S. Dewey Photo? 14
- 2 combs listed — 4 long combs in box
- "4 Boxes of Misc. Paper & legal docs" — "asm zmovig"? WTF  WTF is
- "Container of eating utensils" — Missing 4 Plastic knives & "Double long spoon"
- How did my "Blue Knee Brace" get into boxes — I wore it to LCF transfer & left it in A-2 cell morning I went to KU E/R & filed Claim That Seg guard must have taken it / missing when I returned & I filed claim on it! Inventory Form says in red ink returned 11-13-23 — I was in WCF Seg. from 11-11-23 to 11-17-23 & had been given all braces ③ on 11-13-23!
- "1 Envelope of Pictures" listed, none in boxes,
- Alarm clock missing — form says nazis sent to Seq!
- Only 1 earphones taped listed — I came here w/ 2 CL-20 sets  both taped & confiscated
- Nazi's again noted Sangean Altered 1 Seg & missing 2 knob, & only FM works!
- "1 Remote w/tape" listed no nazi note it "altered" - tape was my wrist string
- 1 15" TV CT-151IAN & Nazi "altered" note is crossed out & other note says "WOR HS TF29-23" WTF is that?"
  I got my ransacked ruin property via Lucht on 12-7-23
  2 of 5

- 1 Walking Cane listed on Prop. Form by WCF & LCF, Nazi note says "not w/ Property" <u>WTF/ how come same cane given me on 12-7-23?</u>

- 1 Pair of Brown Clark's listed by WCF & these are expensive <u>theraputic</u> leather "Bowling Shoe Style" given me @ EDCF <del>in</del> 2022 by RN —

- 1 Clear Eyes lubricant, yet 3 Properly in prop. box — WTF huh.

- Religious Medal w/ yarn, missing.

- "1 Encyclopedia" listed — I had ②/ 4" Thick Blacks Law Dictionary. & 4" Thick Medical Encyc.

→ Nazi's claim "their actions" occurred on 11/29-23, <u>I took</u> nothing from Nazi Shaw on <del>11-29</del>-23 <u>nor from Fat slob pig</u> gable on 12-1-23 LCF

- 1 Old Spice Deodorant listed yet insides are missing (like they rolled it all up & out to check inside & delib. forget to put insides deodorant back in it.

* My Combination Rock ~~in WCF Form~~ — not on store anymore? Missing too & not listed lock in a sock reason?

* 1 New spare 40w lamp bulb was
& 1 Working bulb in 1 amp broken/ doesn't work

Pg. 4 of 5

- Also missing KS Legal Directory 2020-21, & countless Ph. #'s & Media contacts info., & Friends Addresses/Ph. #'s (4" x 5½") $54.00 Book

- Also Melgren Notes (4" x 5½") for Fed. Ct. Suits Pending.

- KS Const., KS Code of Crim. Laws KSA's "Cheat sheet" & Bill of Rights Article. notes/contact sources, Fed. Crim. Statutes (4" x 5½")

- KDOC Notes for 3 pending LVCO Habeas' to KCOA (4" x 5½")

→ Ask Jesse to tell Reinhart to give me white out rollers & let me order Black Rollers & 5-get Pens Set.

→ Ask Jesse to call Paul Snyder/Dale Call Te I never served Oliver D/R & I never pled no contest & I only 1st saw the papers of such on 12-7-23 & to secure 2nd floor Video camera tape of me at SOI Ervin's ofc. before I smacked chomo Elliott & see I never got of my wheelchair & was only at doorway 5 ft away from A-hole Oliver & they need to call on, Ervin & grill him — he's listed as witness & tell him He's got to give statement in writing under oath & testify under oath & take polygraph per IMPP12416 & have EAI Dir. & Dep. Dir present when ques. Ervin - I doubt he wants to risk his career & freedom lying for Oliver & the security camera video 100% refutes Oliver's lies & whoever claims I pled no contest to his bs & couldn't be Henderson or is it?

Can Reinhart set up conf. call w/either or both?
Can Reinhart set up " " w/EAI Dir. _____ or Dep. Dir Cannon?
Contact Gift — I wan talk to him re shu/kyle/York etc & poly. me that & give me Oliver's head Poly. & prosi. me if I fail either for perjury & demand Oliver undergo or resign/termin. & pros. him for D/R perjury

→ I need 10 Color copy sheets of trashed legal Folders for Court filings on shaw et al (You) Send sheet to LCF Staff Atty., KDOC Chief Atty., Local D.A. & Asst US Atty. Taylor & KS US Atty. Brubacher & (You) send letter to 10th Cir. for Temp. Stay & why. Have You seen FBI/SAIC C/D's?

4 of 5

Pg. 5 / Claim #2

• ~~Nolo Crim Law Book~~
• ~~$100, Crim. Cite Book~~ / PLN
• ~~Civil Cite Book~~ /

~~Vast - Vast - Vast Majority of 8x11 File Folders Are Not "Doc Forms" Folders & That's Their "Reasoning" For Trashing Files!!~~

→ How did it come to be that this last Big Box of trashed (310) Legal File Folders & Store Envelopes etc. was revealed & taken to show Jesse Howes? They intended to destroy these folders — They've done it before / see my Griev. records here, ~~ASK~~ Capt. Howlett, see my pending LVCO Habeas cases & pending 10ᵗʰ Cir ROA! Even my clear Plastic Envelope holding Mom/Dad Photos, & Articles, Birth Certif. etc.

→ It would be criminally actionable & patently ~~irresponsible & calously~~ unconscionable to fail not terminating them — prosecuting for Obstruction of Justice, Crim. Mistreatment, Agg. Intim. of Victim/Wit.(me), Official Misconduct — 18 USC §§ 241, 242, 371, 3232(a), 1501-1512. WTF is wrong w/(you)/Jesse Howes not to hold them seriously accountable — this evil shit has been going on 20 yrs. w/ Shaw & over 3 w/Gable — see my 2021 Gable LVCO suit @ Open your eyes / Wake the fuck up. Re-read IMPP's 01-000, 02-116 & Ethics Contract Agreement. These nazi ~~POA's~~ are serial killers too — different genre, mens souls are blood thirsty for their accountability

• ~~Reebok Slip ons~~ are Sandals

Also missing is my ~~████████████~~, 8ᵗʰ Am. Medical Folder, EDCF '21-'23 Folder,

5 of 5

CLAIM # 3 of 3
CRIMINAL PSYCH. ABUSES
SEE LEVIN
KS S.CT.
1992
HN2

Pg. 1 of 3

Appellate Case: 25-3111   Document: 010110977949   Date Filed: Page: 1 of 2, Attachment A, IMPP 01-138D

Page 1 of 2, Attachment A, IMPP 01-138D
Effective 12-21-21

#7

**PERSONAL INJURY CLAIM FORM**

### Section I

| | | | |
|---|---|---|---|
| Filed **AT** Facility No.: | | Facility Initials: | LCF |
| Filed **AGAINST** Facility No.: | | Facility Initials: | LCF |

(Refer to PLC coding manual for facility no. & initials)

Name of Claimant (Last, First, MI): Lynn, Patrick, C.

KDOC Number 6437

Type of Claim (circle one): ~~Lost Property~~   ~~Damaged Property~~   (Injury)

Amount of Claim: In Excess of $75K   Date of ~~Loss, Damage, or~~ Injury (MO/DAY/YR): Discovered full extent on 12-7-23 & ongoing

Where ~~Loss, Damage, or~~ Injury Occurred:

If occurred in cellhouse, enter cellhouse/room number: _____

Otherwise, circle one of the following:   Mailroom   R&D   (Central Property)
Laundry   Gym   Dining Room
Other Location

**NATURE OF CLAIM** (Set forth detailed facts, including date of loss, damage or injury, how it occurred, place of occurrence, how you claim institution or employee was negligent, and amount of the claim.): My Property was packed out & inventoried at WCF on 11-12-23 & sealed in 2 transfer boxes & several small "legal" boxes; on 11-17-23 I was transferred to LCF on that Friday & placed into seg, & my sealed boxes remained in A&D. On 11-20-23 I was taken by EMS & admitted to local hospital ICU cardiac floor & discharged on 11-21-23 & taken from hospital directly to LCF w/my sealed property. Over the next 3 weeks, LCF Property Rm. Nazi's (Shaw & Gable) rabidly rampaged thru all of property — decimating all of my 5 pending State/federal court files & emptied (31) legal file folders of meticulously sorted documents & they →
Continued at Pg. 2-

I am aware that presenting a false claim may result in penalties (under K.S.A. 75-7501 et seq., K.A.R. 44-12-101 et seq., etc.), and I declare (or verify, certify or state) that the foregoing is true and correct to the best of my knowledge, understanding, and belief, & declared under penalties of perjury per 53-601(2) & 28 USC §§1746

Claimant Signature: Patrick C. Lynn   Date: 12-15-23/Fri.

| | | | |
|---|---|---|---|
| Received from Resident/Claimant: | Date: 12/15/23 | Time: 0890 | |
| UT Name (print): E. REINHARD | UT Signature: E. Reinhard UT | Claimant Initials: PCL |

### Section II

Received by Warden/Superintendent on (MO/DAY/YR): | Facility Log No. Assigned:

Inquiry Report:

Date (MO/DAY/YR): | Investigator Name (print): | UT Member or Investigator Signature:

Pg. 2/ Claim #3 of 3 — Intentional Psychological Abuses Maliciously Inflicted By LCF Property Room (Nazi *©#&'s) Staff (Shaw & Gable, With Egregious Cowardice By LCF Hierarchy To Impose Servere Accountabilities (terminations & referrals to Local D.A. for criminal prosecutions, i.e. ① criminal deprivations of property ② criminal mistreatment of a confined person—me, ③ criminal interference w/ the administration of & obstructions of justice; & 18 USC §§ 241, 242, 371, 1501–1512.

deviantly dumped the contents into maliciously disarrayed piles w/ the criminal intent to cause me not only a massive psychological meltdown but also to retaliate for my 1st Amendment activities against them for past decade, & others taken to Court, & they corruptly seized my allowable lawbooks (5 expensive lawbooks missing) & broke my allowable property —— again/ these nazi ©#! I have done these deviant & criminal unconstitutional abuses to me, & countless others, for as long as they've been assigned to the property Rm (years), & committed such acts w/ arrogant impunity because the LCF & KDOC H hierarchies are corrupt cowards & themselves complicit. And over $2500. in lost & damaged property claims were just filed.     to warden views & DOC or either.
On Friday/ 12-15-23 I personally protested these criminal/unconstitutional abuses & that their actions were also intended to hinder, thwart, obstruct & deny my Court access to meaningfully litigate my pending & intended court cases & I cannot reassemble the insidiously disarrayed & destroyed legal files of my pending court cases nor can I obtain any additional time extensions & the Court (10th Cir) will dismiss my Willnauer suit in which I've sacrificed over $5K in filing fees, postage/copying costs & related costs & expended easily over 5000 hrs. in labors, & likewise ③ LUCO "1501" Habeas cases that I cannot now docket my appeals.
- I am severe traumatized by prison officials corrupt apathy & depraved intentional failures to hold these nasty skanks shaw & gable fully accountable because prison rules/regulations, & State/federal criminal laws strictly forbid what they knowingly & w/ wanton, recklessly evil disregard to these tenents & my state/federal constitutional rights, & mandate (no goddamn discretion) their immediate termination & criminal prosecutions irrespective of the Court remedies I am now compelled to vigorously pursue & other avenues available to hold these renowned repulsively corrupt deviants w/ a badge accountable.
I am so traumatized that my physical health & my psychological health is dramatically affected — I have been caused to suffer expunentially more cardiac issues, & loss of sleep/rest, appetite & an ongoing OCD of "stinkin thinkin"···   My lost legal cases & materials, & the intentional decimations of my legal & personal property, has caused me astronomical psychological injuries & I'm compelled to, see M/H services that I detest ——— & my psychological injuries exceed $75K in compensatory & punitive damages for these ignoble travesties.
2 of 3

# Health Services Request Form

Pg. 3 of 3          3 of 3

| For Medical Use Only |
|---|
| Sólo para uso médico |
| Date Received: |
| Time Received: DEC 19 '23 AM?? |

Print Name (Imprimir nombre): Pat Lynn

Date of Request: 12-18-23

ID #: 64377          Date of Birth (Fecha de nacimiento): 5-22-56

Housing Location (Ubicación de la vivienda): B-3-112

Nature of problem or request (Naturaleza del problema o solicitud): Please send M/H counselor to my cell — I've having psycological meltdown issue over the malicious, & criminal defimations of my pending court cases — I've been told by Warden & DW Ball they will photograph such & they haven't done so & shit & I must send such to the court(s as is) & impossible to meet court deadlines & a new § 1983 is required

I consent to be treated by health staff for the condition described: criminal prosecution
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

cc: Evidence Files, LVCO D ct.
Judge John Bryant (& KSA 22-2301.2)
& KSA 22-2403 (14 (3),
KS Fed. Ct. Asst.
A.H. Andrea Zvda (civil)
Dic. KS (civil Rights)
Unit

Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

---

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: CEU          ☐ Routine  ☐ Urgent  ☐ Emergent

Date: _____          Time: _____

Date of Face-to-Face Visit: _____

Other: Written

### Response Recommendation (to be completed by Medical Staff only)

Initial       ☐ Nurse  ☐ Doctor  ☐ Dentist  ☐ Eye Doctor  ☐ Mental Health  ☐ ARNP
Appointment   ☐ Nurse  ☐ Doctor  ☐ Dentist  ☐ Eye Doctor  ☐ Mental Health  ☐ ARNP
Fee Charge    ☐ $2.00
Comments:     Refer to MH

| Staff Signature | Date |
|---|---|
|  | 12.19.23 |

3 of 3

Centurion: REC-013KS
07/01/2020



*(handwritten: Littler v. Martinez, 2020 US Dist. Lexis 1850 So. Dist. Ind.)*

# Federal Court Grants Default Summary Judgment in Favor of Indiana Prisoner as Sanction for State's Lies

*(handwritten: Exhibit #8)*

*(handwritten: PLN May 2020)*    by Dale Chappell    *(handwritten: Pg. 40-41)*

IN A RARE MOVE, THE U.S. DISTRICT Court for the Southern District of Indiana on January 3, 2020 granted default judgment in favor of a prisoner who sued Wabash Valley Correctional Facility, after prison staff and the Indiana Attorney General's (AG) Office "blatantly" lied to the Court and refused to turn over evidence that exposed their falsities.

The prisoner, Phillip Littler, who acted *pro se* for much of the lawsuit, sued Wabash Valley guards for the use of excessive force committed on December 27, 2015. On that day, they shot him in the face with a pepper-ball gun and sprayed him with pepper spray when he refused to submit to a strip search, which he said was a ruse to humiliate him. He suffered a head injury, including a possible broken nose.

In response to Littler's lawsuit, the AG Office represented prison staff and moved for summary judgment, arguing that Littler's claims had no basis and that there were no material facts in dispute that would warrant further action by the Court.

In support of the summary judgment motion, the State offered sworn statements by guards that Littler's claims were not only baseless, but that the guards had nothing to do with the attack. Furthermore, the State argued that while the use of force was video recorded, it showed nothing but the backside of a guard.

The state gave Littler access to that video, but when he asked for the range video from the overhead cameras that recorded the whole unit — and which showed the pepper-ball gunshot — the state said that video had been recorded over. This was false. Littler proved this by obtaining prison staff emails that said the range video was preserved.

Littler did this through the discovery process, whereby the State must turn over evidence requested and not make any attempts to destroy it, lest it face sanctions. When the video was handed over, the Court denied summary judgment, finding that a factual dispute existed, which precluded summary judgment in favor of the state.

Several hearings were held on Littler's motions for sanctions against the state defendants for lying to the Court and covering up the video evidence. What was revealed at those hearings "disturbed" District Judge Jane Magnus-Stinson.

Numerous false statements by prison staff amounted to what Judge Magnus-Stinson called "gross misconduct," which their lawyer, Amanda Fiorini, of the Indiana Attorney General's Office had allowed. What bothered her, she said, was that the state did this as an attempt to prevent Littler, a *pro se* prisoner, from having his claims heard in court. The judge made no reservations in her statements about why she was imposing sanctions:

"In almost every prisoner civil rights case, the State Defendants and their counsel know that the *pro se* plaintiff will only be able to rebut their evidence with his own lay testimony and whatever evidence they provide during discovery. Prisoners rarely are able to conduct depositions, and untestable or untested defense affidavits are almost always the foundation of a defense motion for summary judgment. Under these circumstances, it is paramount for

the Court to be able to trust that the information and sworn statements provided by defendants are truthful. This case has shattered that trust."

The Judge then proceeded to impose severe sanctions on the State. She noted that the State had asked the Court to ignore the rules and commit an "obvious legal error" by asking for summary judgment when it knew it wasn't entitled to it. She also noted that State counsel "rarely make such a request when the plaintiff is not a *pro se* prisoner." Under the summary judgment rule, there has to be no dispute of a material fact. The Court found that the state had purposely covered up a dispute of the facts to falsely seek summary judgment.

A district court has the power to issue sanctions, which includes the severe and rare sanction of default judgment in favor of a party. This essentially means that the party automatically wins the case, which is what happened for Littler. "Perjury is among the worst kinds of conduct," the Court said.

In addition to the default sanction, the Court ordered Fiorini to take at least six hours of legal education classes. The Court found that she was not solely at fault: She

was a new attorney who had learned her methods by observing other attorneys at the Attorney General's Office. The Court also ordered that *every* attorney for the Office attach a discovery certification to their filings in all prisoner civil rights cases for the next two years.

"Unfortunately, Ms. Fiorini's approach in this case is not unique," the Court said. "It is an all-too-common path for attorneys litigating against *pro se* plaintiffs," filing for summary judgment in hopes that the court will grant it without much thought. "This case has significantly undermined the Court's confidence that certain defendants and their counsel in *pro se* prisoner civil rights cases are litigating in good faith," the Court stated in concluding its 75-page opinion.

Accordingly, the Court ordered the sanctions imposed against the State and submitted the case to a magistrate judge for a settlement conference. The Court declined to refer the case to the U.S. Attorney's Office for investigation into charges of perjury, but said that Littler's counsel could. See: *Littler v. Martinez*, U.S.D.C. (S.D. Ind.), Case no. 2:16-cv-00472.

*(handwritten: Get ruling)*

#9

**Kansas Department of Corrections**
## Account Withdrawal Request
(Complete One Request per Form)
**Attach letter and addressed/stamped envelope when required**

| | | | | |
|---|---|---|---|---|
| Pat Lynn | 64377 | LCF | B-3-112 | 12-2123 |
| Printed Name | Number | Facility | Unit/Cell Location | Date |

Please pay the following and charge to my account:

## Outgoing Funds/Donations

Payable To:

Name _____

$ _____
Check Amount

Address _____

City, State, Zip _____

Purpose/Inmate Benefit Fund Group _____

┌─────────────────────────────────────┐
│ Title of Publication* │
│ Frequency – (Circle One) │
│ Yearly  Monthly  Weekly  Daily  Other │
│ Number of Issues _____ │
│ Expiration Date _____ │
│ Publication Price _____ │
│ *Book, Magazine or News Paper │
│ (Per IMPP 11-101) │
└─────────────────────────────────────┘

I request the use of Forced Savings as provided in IMPP 04-103, for:
(Documentation Required)

☐ Community Identification
☐ Civil Filing, Transcript or Subpoena Fees
☐ Reentry into the Community (Warden's Approval Required)

---

(To Be Completed by Mailroom) | **Postage** – (To Be Completed by Inmate)

To: Clerk's Ofc. - 10ᵗʰ Cir.App.Ct
Name

$ 2.79
Postage Amount

1823 Stout St. Ctuse.
Address

☐ Postage

☐ Legal/Official Postage
(Per K.A.R. 44-12-601)

Denver, Colo. 8025½
City, State, Zip

☐ Certified
(Only if Funds are Available)

Jnnv. Wilnaurer, et al #23-3111
Reason

Verified By

---

| | | | |
|---|---|---|---|
| Inmate Signature | 12-21-23 Date | Unit Team Approval | 12/21/23 Date |

| | | | |
|---|---|---|---|
| Handicraft Approval (If Applicable) | Date | Religious Approval (If Applicable) | Date |

┌────────────────────────────────────────────────┐
│ ☐ Applies to Outgoing Funds Limit │
│ ☐ Does Not Apply to Outgoing Funds Limit │
│ Exception Approval            Date │
│ ☐ Use of Forced Savings Approval as requested above │
└────────────────────────────────────────────────┘

This withdrawal request is being returned for the following reason(s):

____ Insufficient Funds
____ Signature Missing
____ Exceeds Spending Limit
____ Incentive Level
____ Envelope/Order/Stamp Missing
____ Unauthorized Per IMPP/KAR _____

____ Payee Missing
____ Insufficient Address
____ Amount Missing
____ Name/Number – Do Not Match
____ Illegible Information
____ Other _____

| | | |
|---|---|---|
| Account Processor | Date Withdrawn | Acct. Use |

1504a

Pat Lynn
64397, LCF, P.O. Box 2
Lansing, KS 66043

Priority Legal Mail
12 - 23

Clerk's Ofc. - 10th Circuit
1823 Stout St.
Denver, Colo, 80257