RECEIVED
United States Court of Appeals
Tenth Circuit
FEB 12 2024
CHRISTOPHER M. WOLPERT
Clerk

Patrick Lynn, Plaintiff
v.
Dr. Willnaver, etal, Defendants

Case No. 23-3111

Plaintiff's Notice That Citizenship Rights Corruptly Eviscerated By KS D. Ct. Judge Melgren Because He Criminally Failed To Comply W/ Referral To Impartial Judge In Recusal Motion in Lundry Suit C/A #20-3116-EFM & Massively Retaliated W/ Impossibly Restrictive Court Access Denials Restriction.

Plaintiff/Appellant's Urgent Motion For Imminent Dangers of Serious Physical or Death Hearing Before Non Kansa U.D.Ct. Judge

Patrick Lynn moves as styled above & per 18 USC §§ 1746, declares under penalty of perjury the this pleading & (all) of my previous pleadings that Eric Melgren has a bonefide conflict of interest compelling his recusal is rock solid & his life is bet on it, & the records involve in those (2) separate pleadings must be scrutinized, & local TV new Rpts in 2006 in Wichita, print media, policiticians & poly sci Professors surveyed —

Melgren has open the gates of hell for any & every hideous abuses upon me & my federal birthrights mean nothing, I can never meet his extreme conditions intended to deny my basic legal rights & he must be murdered by the powers that be. He has now caused me unbridled M/H calamaties. His fellow KS fed Ct. Judges would never have done what this corrupt pig has done to me. See Exhibits A & B, & more coming

This Appelate Court knows from my sworn pleadings, I don't have any legal documents, —— everything I own has been criminally decimated & every Court I seek relief from slams the doors —— OK, how many can I murder before I die if I have zero Ct. access for intervention/relief. I am desparate —— thousands of hours, thousands of sacrifices to buy books, pens, paper, postage.

Please give me a prompt Hearing on what Melgren & his criminal confederettes have done to me —— what his goddam children have echoed from this evil pig's mouth.

Certificate of Service

I, Patrick C. Lynn, certify mailing the foregoing by US Mail, postage paid, to Clerk's Ofc. 1827 Stout St., Denver, Colo. 80257 on this 5th day of Feb.

S/ *Patrick C. Lynn*
Patrick C. Lynn
64377, LCF POB 2
Lansing, KS 66043

202

# Other Orders/Judgments

5:20-cv-03116-EFM Lynn (ID 64377 ) v. Lundry CASE CLOSED on 06/30/2020

CLOSED,PLC4,S3

*Exhibit A*

*Rec'd Mon. 2-5-24*

## U.S. District Court

### DISTRICT OF KANSAS

**Notice of Electronic Filing**

The following transaction was entered on 1/31/2024 at 3:16 PM CST and filed on 1/31/2024

**Case Name:** Lynn (ID 64377 ) v. Lundry
**Case Number:** 5:20-cv-03116-EFM
**Filer:**
**WARNING: CASE CLOSED on 06/30/2020**
**Document Number:** 39(No document attached)

**Docket Text:**
**ORDER ENTERED: The Court has reviewed the proposed filing submitted by Plaintiff to the Court on January 30, 2024. Plaintiff's submission purports to initiate a new case in this Court, but fails to follow the procedures required by the Court's Memorandum and Order Imposing Filing Restrictions at Doc. 29, p. 7-8, 2, 3. The Memorandum and Order sets forth in detail the steps Plaintiff must take to initiate a new case and provides that "[e]xcept in compliance with this Order, the Clerk shall not accept any pleading from Lynn which purports to initiate a civil action." The Court finds that the submission does not comply with the Court's filing restrictions. Therefore, the Court denies filing pursuant to this Court's Memorandum and Order Imposing Filing Restrictions (Doc. [29]) in Case No. 20-3116-EFM. The Court directs the Clerk to retain a copy of the submission for future reference. Entered by District Judge John W. Lungstrum on 01/31/24. Mailed to pro se party Patrick C. Lynn by regular mail. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (smnd)**

**5:20-cv-03116-EFM Notice has been electronically mailed to:**

Patrick C. Lynn    KDOC_court_file_lcf@ks.gov

**5:20-cv-03116-EFM Notice has been delivered by other means to:**

# Other Orders/Judgments

5:20-cv-03116-EFM Lynn (ID 64377 ) v. Lundry **CASE CLOSED on 06/30/2020**

CLOSED,PLC4,S3



Exhibit B

Rec'd Mon. 2-5-24

## U.S. District Court

### DISTRICT OF KANSAS

**Notice of Electronic Filing**

The following transaction was entered on 2/1/2024 at 11:18 AM CST and filed on 2/1/2024

**Case Name:** Lynn (ID 64377 ) v. Lundry
**Case Number:** 5:20-cv-03116-EFM
**Filer:**
**WARNING: CASE CLOSED on 06/30/2020**
**Document Number:** 40

**Docket Text:**
**ORDER ENTERED:** The Court has reviewed the proposed filing submitted by Plaintiff to the Court on February 1, 2024. Plaintiff's submission purports to be a supplement to his January 30, 2024 submission that the Court denied filing pursuant to Plaintiff's filing restrictions. Likewise, the supplemental submission does not comply with the Court's filing restrictions. Therefore, the Court denies filing pursuant to this Court's Memorandum and Order Imposing Filing Restrictions (Doc. [29]) in Case No. 20-3116-EFM. The Court directs the Clerk to retain a copy of the submission for future reference. Entered by District Judge John W. Lungstrum on 02/01/24. Mailed to pro se party Patrick C. Lynn by regular mail. (This is a TEXT ENTRY ONLY. There is no .pdf document associated with this entry.) (smnd)

**5:20-cv-03116-EFM Notice has been electronically mailed to:**

Patrick C. Lynn   KDOC_court_file_lcf@ks.gov

**5:20-cv-03116-EFM Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=2/1/2024] [FileNumber=6014318-0]
[ce0822ab58cf1134f7d3dd52cb92502838415b9327a4120aa648e899d0d3563e58f1
349f236ab5753f523debc69cd3c331a8d23f11a01ef646a72e11d7d65bdc]]

Pat Lynn
64377, LCF, PO Box 2
Lansing, KS 66043

KANSAS CITY 640
6 FEB 2024 PM 4 L



Priority Legal Mail
2-5-24

10th Cir. Clerk's Office.
1823 Stout St
Denver, Colo,
80257

**NOTICE!** This correspondence was mailed from an institution operated by the Kansas Department of Corrections. Its contents are uncensored.